UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUIS DREYFUS CORPORATION

     Plaintiff,        07 CIV 6622 (WHP)(RLE)
                  ECF CASE
 -against-

M/V CMA CGM CORTES, her engines,  **RULE 7.1 STATEMENT**
boilers, tackle, etc., ALPHA SHIPMANAGEMENT
GMBH & CO., KG, ALPHA SHIP GMBH & CO
KG MS 'NEPTUN', COMPANIA SUD AMERICANA
DE VAPORES S.A. (C.S.A.V.)

     Defendants.
------------------------------------------------------------X

  PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFF CERTIFIES THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH ARE PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION: NONE

Dated: July 20, 2007

                 KINGSLEY, KINGSLEY & CALKINS
                 Attorneys for Plaintiff


                 BY:__/S/_____
                  HAROLD M. KINGSLEY
                  91 W. Cherry Street
                  Hicksville, New York 11801
                  (516) 931-0064