# United States District Court

SOUTHERN DISTRICT OF NEW YORK

LOUIS DREYFUS CORPORATION

Plaintiff,

V.

M/V CMA CGM CORTES, her engines, boilers, tackle, etc., ALPHA SHIPMANAGEMENT GMBH & CO., KG, ALPHA SHIP GMBH & CO KG MS 'NEPTUN', COMPANIA SUD AMERICANA DE VAPORES S.A. (C.S.A.V.)

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 17 CV 6622

TO: (Name and address of defendant)

ALPHA SHIPMANAGEMENT
GMBH & CO.
14 & 15, Domshof
Bremen, Germany

ALPHA SHIP GMBH
& CO KG MS 'NEPTUN'
14 & 15, Domshof
Bremen, Germany

COMPANIA SUD AMERICANA
DE VAPORES S.A. (C.S.A.V.)
99 Wood Av. So.
Iselin, NJ 08830

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 25 2007

CLERK   J. MICHAEL MCMAHON

DATE

(BY) DEPUTY CLERK

```
*****A F F I D A V I T   O F   S E R V I C E *******  8/06/07
SHERIFFS NUMBER..L 250182  DEFENDANT SEQUENCE 001 OF 001  OFFICER.......KELLY
TYPE OF SERVICE..........  SUMMONS AND COMPLAINT

I, JOSEPH C. SPICUZZO, SHERIFF OF MIDDLESEX COUNTY, DO HEREBY DEPUTIZE

                        Jim Kelly
                    (PRINT OFFICER'S NAME )
    AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.
====================== ATTORNEY ========================

    KINGSLEY AND KINGSLEY                      CHECK #        AMOUNT
                                               10043          31.16
    90 WEST CHERRY ST
                                               CONTROL # 515057
    HICKSVILLE            NY 11801
```

============================ COURT DATA ============================= DAWN
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT
RETURN DATE 0/00/00 TIME :    DAYS 00
DOCKET....07CIV6622  STATE...NY   COUNTY OF VENUE....SOUTHERN
========================== CAPTION OF CASE ==========================
CORPORATION NAME......... LOUIS DREYFUS CORPORATION
   VS... M/V CMA CGM CORTES, HER ENGINES, BOILERS, ETC, ET ALS
=================DEFENDANT OR NAMED WITHIN TO BE SERVED==============
CORPORATION NAME......... COMPANIA SUD AMERICAN DE VAPORES S A (C S A V)

    ADDRESS 1............... 99 WOOD AVE SOUT
    ADDRESS 2............... **SERVE OVER ANY PROTEST****
    TOWN/STATE/ZIP.......... ISELIN                    NJ    08830
=========================== PAPERS SERVED ===========================
SUMMONS AND COMPLAINT                    OUT OF STATE-REQUIRES DESCRIPTION

=================== S E R V I C E   D A T A   R E C O R D E D ===============
[X]...SERVED SUCCESSFULLY    |...UNABLE TO SERVE    DATE: 8-7-07
                                                    TIME:
REMARKS:

            [X].....OFFICER
            [ ].....MANAGING AGENT
            [ ].....REGISTERED AGENT                        ATTEMPTS:
            [ ].....PERSON IN CHARGE AT REGISTERED OFFICE OF
            [ ].....AGENT AUTHORIZED TO ACCEPT SERVICE
PERSON SERVED............ X Marlene Valla

SEX   : | | MALE  |X| FEMALE
SKIN  : |X| WHITE | | BLACK  | | YELLOW | | BROWN | | RED
HEIGHT: | | UNDER 5 FEET | | 5.0-5.6FT |X| 5.7-6.0 | | OVER 6FT
WEIGHT: | | UNDER 100LBS | | 100-150LBS |X| 151-200LBS | | OVER 200LBS
HAIR  : |X| BLACK | | BROWN | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE   : | | 4-   |X| 21-35 | | 36-50 | | 51-65 | | OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME
ON  Aug 8, 2007                                        SIGNATURE
                                              UNDER SHERIFF OF MIDDLESEX COUNTY
    DAWN M. OLIVER                                  STATE OF NEW JERSEY
    NOTARY PUBLIC OF NEW JERSEY
    Commission Expires 3/19/2010