UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LOUIS DREYFUS CORPORATION                        07 CV 6622 (WHP)

                      Plaintiff,        RULE 7.1 STATEMENT

    -against-

M/V CMA CGM CORTES, her engines,
boilers, tackle, etc., ALPHA SHIPMANAGEMENT
GMBH & CO., KG, ALPHA SHIP GMBH & CO. KG
MS "NEPTUN", COMPANIA SUD AMERICANA DE
VAPORES S.A. (C.S.A.V.)

                      Defendants.
----------------------------------------X

        Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, attorneys of record for defendant COMPANIA SUD AMERICANA DE VAPORES S.A. (C.S.A.V.) certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of COMPANIA SUD AMERICANA DE VAPORES S.A. (C.S.A.V.).

Dated:  New York, N.Y.
        August 14, 2007

                                            EDWARD A. KEANE (EK 1398)