UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUIS DREYFUS CORPORATION

     Plaintiff,

V.

M/V CMA CGM CORTES, her engines, boilers, tackle, etc.,
ALPHA SHIPMANAGEMENT GMBH & CO., KG, ALPHA
SHIP GMBH & CO KG MS 'NEPTUN', COMPANIA SUD
AMERICANA DE VAPORES S.A. (C.S.A.V)

     Defendants.

**CERTIFICATE OF MAILING**



07 CV 6622 (WHP)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17th Day of August, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**23rd Day of July, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 311 354

J. Michael McMahon
CLERK

Dated: New York, NY

# *Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

August 1, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: LOUIS DREYFUS CORPORATION v. M/V CMA CGM
        CORTES, *et al.*
        07 CIV 6622(WHP)

...nplaint on the following
...Rules of Civil Procedure Rule

[Receipt for Registered Mail, PS Form 3806, showing:
Registered No. RB596311354US
Reg. Fee $10.15; Handling Charge $0.00; Return Receipt $2.15; Postage $1.80; Restricted Delivery $0.00
Date Stamp 08/17/07
FROM: KINGSLEY KINGSLEY & CALKINS, 91 W. CHERRY STREET, HICKSVILLE, NY 11801
TO: GA 7913 DE Germany, ALPHA SHIPMANAGEMENT GMBH & CO, 14 & 15, Domshof, Bremen, Germany]

'ery truly yours,

[signature]