UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUIS DREYFUS CORPORATION

              Plaintiff,

v.

M/V CMA CGM CORTES, her engines, boilers, tackle, etc.,
ALPHA SHIPMANAGEMENT GMBH & CO., KG, ALPHA
SHIP GMBH & CO KG MS 'NEPTUN', COMPANIA SUD
AMERICANA DE VAPORES S.A. (C.S.A.V)

              Defendants.

**CERTIFICATE OF MAILING**



07 CV 6622 (WHP)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17th Day of August, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**23rd Day of July, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 311 385

*J. Michael McMahon*
                  CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

August 1, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                                          ORATION v. M/V CMA CGM



                                          Complaint on the following
                                          eral Rules of Civil Procedure Rule

Very truly yours,

[signature]