UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
LOUIS DREYFUS CORP.,                :

            Plaintiff,        :    07 Civ. 6622 (WHP)

   -against-               :    <u>SCHEDULING ORDER</u>

M/V CMA CGM CORTES, et al.,         :

            Defendants.       :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

    Counsel for all parties having appeared before this Court for a pre-trial conference on November 9, 2007, the following schedule is established on consent of the parties:

1. The parties shall complete all discovery by March 14, 2008;

2. The parties shall submit a joint-pre trial order in accord with this Court's Individual Rules and Practices by April 18, 2008; and

3. A final pre-trial conference shall be held on April 25, 2008 at 10:00 a.m.

Dated: November 9, 2007
      New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/07

*Counsel of Record:*

Steven P. Calkins, Esq.
Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
*Counsel for Plaintiff*

Garth S. Wolfson, Esq.
Mahoney & Keane LLP
111 Broadway
New York, NY 10006
(212) 385-1422
*Counsel for Defendant Compania Sud Americana De Vopores S.A.*

Michael E. Unger, Esq.
Freehill Hogan & Mahar LLP
80 Pine Street
New York, NY 10005
*Counsel for Defendant M/V CMA CGM Cortes*