GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377



January 2, 2008

Our Ref: 567-07/MEU

**BY HAND DELIVERY**
Hon. William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007



Re:  Louis Dreyfus Corp. v. M/V CMA CGM CORTES, et. al
      USDC – SDNY 07 Civ. 6622 (WHP)

Dear Judge Pauley:

    We represent Defendant Alpha Ship GmbH & Co. in the referenced matter. We write further to the December 28, 2007 letter of Messrs. Mahoney & Keane, attorneys for Defendant Compania Sud Americana De Vapores S.A. (CSAV) requesting a pre-motion conference or leave to proceed with a motion to dismiss the action on *forum non conveniens* grounds.

    As noted in CSAV's attorney's correspondence, and also as discussed at the case management conference held on November 9, 2007, the instant matter involves a container said to contain coffee beans which was failed to be delivered to its intended destination in Antwerp as a result of the shipping container having been hijacked and stolen in Guatemala while being transported to the loadport.

NYDOCS1/296227.1

Hon. William H. Pauley, III
January 2, 2008

      Based upon the fact that it is common ground the container was never loaded aboard the ship, we have requested counsel for both plaintiff and co-defendant CSAV to voluntarily discontinue their claims and cross-claims against our client. While CSAV is willing to discontinue its cross-claim, plaintiff refuses to discontinue the suit against the vessel owner in spite of the fact that there can be no liability on the part of the vessel.

      Accordingly, it appears that it will be necessary for Alpha Ship to file its own motion for discontinuance of plaintiff's complaint on the basis of failure to state a cause of action upon which relief may be granted as well as on *forum non conveniens* grounds. We respectfully request the Court either schedule a pre-motion conference at its earliest convenience or authorize the filing of the motion without the need for the conference.

      We thank the Court for its consideration.

                              Respectfully,
                              FREEHILL, HOGAN & MAHAR LLP

                              Michael E. Unger

MEU/mc

cc:   *Via Fax (516) 931-4313*
      Kingsley Kingsley & Calkins
      91 West Cherry Street
      Hicksville, New York 11801
      Attention: Harold Kingsley, Esq.

      *Via Fax (212) 385-1605*
      Mahoney & Keane LLP
      111 Broadway, 10th Floor
      New York, NY 10006
      Attn: Garth Wolfson, Esq.

*[Handwritten:]* Application granted.
SO ORDERED:
WILLIAM H. PAULEY III U.S.D.J.
1/4/08
The Defendants' respective motions will be addressed at a pre-motion conference on January 18, 2008 at 12:30 a.m.

NYDOCS1/296227.1                2

FREEHILL HOGAN & MAHAR LLP