567-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendants
ALPHA SHIP MANAGEMENT GMBH & Co., KG
and ALPHA SHIP GMBH & CO.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Attn: Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOUIS DREYFUS CORPORATION,                            07 CV 6622 (WHP)
                          Plaintiff,
                                                      NOTICE OF APPEARANCE
     - against -

M/V CMA CGM CORTES, her engines,
Boilers, tackle, etc., ALPHA SHIP MANAGEMENT
GMBH & Co., KG, ALPHA SHIP GMBH & CO,
KG MS'NEPTUN', COMPANIA SUD AMERICANA
DE VAPORES S.A. (C.S.A.V.)

                          Defendants.
------------------------------------------------------------------x

    PLEASE TAKE NOTICE that Freehill, Hogan & Mahar LLP hereby enters its appearance as counsel on behalf of Defendants, ALPHA SHIP MANAGEMENT GMBH & Co., KG and ALPHA SHIP GMBH & CO.

    PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for Defendants.

Dated: New York, New York
       January 22, 2008    FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Defendants
                                ALPHA SHIP MANAGEMENT GMBH & Co., KG
                                and ALPHA SHIP GMBH & CO.
                      By:_____
                                Michael E. Unger (MU 0045)
                                80 Pine Street
                                New York, NY 10005
                                (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/297618.1

TO:    Mahoney & Keane
Attorneys for Defendant
CSAV
111 Broadway, 10th Floor
New York, NY 10006
Attn: Garth Wolfson, Esq.
Tel: (212) 385-1422
Fax: (212) 385-1605

Kingsley Kingsley & Calkins
Attorneys for Plaintiff
91 West Cherry Street
Hicksville, New York 11801
Attention: Harold Kingsley, Esq.