567-07/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOUIS DREYFUS CORPORATION,

                Plaintiff,

   - against -

M/V CMA CGM CORTES, her engines,
Boilers, tackle, etc., ALPHA SHIP MANAGEMENT
GMBH & Co., KG, ALPHA SHIP GMBH & CO,
KG MS'NEPTUN', COMPANIA SUD AMERICANA
DE VAPORES S.A. (C.S.A.V.)

                Defendants.
------------------------------------------------------------------x

07 CV 6622 (WHP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   :
                           : ss.:
COUNTY OF NEW YORK :

   MELISSA COLFORD, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in the County of Richmond, City and State of New York. On the 22nd day of January, 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

   Mahoney & Keane
   Attorneys for Defendant
   CSAV
   111 Broadway, 10th Floor
   New York, NY  10006
   Attn: Garth Wolfson, Esq.

   Kingsley Kingsley & Calkins
   Attorneys for Plaintiff
   91 West Cherry Street
   Hicksville, New York 11801
   Attention: Harold Kingsley, Esq

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York and by electronic service and ECF.

                                                                     MELISSA COLFORD

Sworn to before me on the
22nd day of January, 2008

NOTARY PUBLIC

NYDOCS1/297682.1

JOAN SORRENTINO
Notary Public, State of New York
No. 01SO6067227
Qualified in New York County
Commission Expires December 3, 2009