```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LOUIS DREYFUS CORPORATION,

              Plaintiff,

   -against-

M/V CMA CGM CORTES, et al.,

             Defendants.
------------------------------------X

07 Civ. 6622 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

    Counsel for all parties having appeared before this Court for a pre-motion conference on January 18, 2008, the following schedule is established on consent of the parties:

1. The parties shall complete discovery in anticipation of Defendants' motions on March 31, 2008;

2. Defendants shall serve and file their respective motions by April 11, 2008;

3. Plaintiff shall serve and file its oppositions to the motions by April 25, 2008;

4. Defendants shall serve and file their replies by May 2, 2008; and

5. Oral Argument on the motions shall be held on May 16, 2008 at 10:30 a.m.

Dated: January 22, 2008
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of Record:*

Steven P. Calkins, Esq.
Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
*Counsel for Plaintiff*

Garth S. Wolfson, Esq.
Mahoney & Keane LLP
111 Broadway
New York, NY 10006
(212) 385-1422
*Counsel for Defendant Compania Sud Americana De Vopores S.A.*

Michael E. Unger, Esq.
Freehill Hogan & Mahar LLP
80 Pine Street
New York, NY 10005
*Counsel for Defendant M/V CMA CGM Cortes*