UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

LOUIS DREYFUS CORPORATION,

                                        Plaintiff,

        - against -

M/V CMA CGM CORTES, her engines,
Boilers, tackle, etc., ALPHA SHIP MANAGEMENT
GMBH & Co., KG, ALPHA SHIP GMBH & CO,
KG MS'NEPTUN', COMPANIA SUD AMERICANA
DE VAPORES S.A. (C.S.A.V.)

                                        Defendants.

-------------------------------------------------------------------x

**07 CV 6622 (WHP)**
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          :
                            : ss.:
COUNTY OF NEW YORK         :

        Melissa Colford, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at 80 Pine Street, New York, New York 10005.  On March 14, 2008 deponent served the within **ANSWER** upon:

        KINGSLEY, KINGSLEY & CALKINS
        Attorneys for Plaintiff
        91 West Cherry Street
        Hicksville, New York 11801
        Attn: Harold M. Kingsley, Esq.
        (516) 931-0064

        MAHONEY & KEANE, LLP
        Attorneys for Defendant CSAV
        111 Broadway, 10th Floor
        New York, New York 10006
        Attn: Edward A. Keane, Esq.
        (212) 385-1422
        File No.: 43/3451/B/07/8

                the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York and by ECF.

                                                    Melissa Colford

Sworn to before me on the
__14__ of March, 2008

NOTARY PUBLIC

ROBERT G. RIDENOUR, JR.
Notary Public, State of New York
No. 01RI5008838
Qualified in Richmond County
Commission Expires March 1, 2011

9