UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LOUIS DREYFUS CORPORATION,                    07 CV 6622 (WHP)

                Plaintiff,                 ANSWER TO
                                              CROSS-CLAIM
     -against-                              WITH AFFIRMATIVE
                                              DEFENSES
M/V CMA CGM CORTES, her engines,
boilers, tackle, etc., ALPHA SHIPMANAGEMENT
GMBH & CO., KG, ALPHA SHIP GMBH & CO. KG
MS "NEPTUN", COMPANIA SUD AMERICANA DE
VAPORES S.A. (C.S.A.V.),

                Defendants.
------------------------------------------X

        Defendant COMPANIA SUD AMERICANA DE VAPORES S.A. (C.S.A.V.) ("CSAV"), by its attorneys MAHONEY & KEANE, LLP, answers, without waiver of any rights to arbitrate or proceed in an alternative forum, the Cross-Claim of defendant ALPHA SHIP GMBH & CO. KG MS "NEPTUN", upon information and belief, as follows:

        FIRST:   Defendant CSAV denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "30" and "31" of defendant ALPHA SHIP GMBH & CO. KG MS "NEPTUN"'s Cross-Claim.

        SECOND:   Defendant CSAV admits the allegations contained in paragraph "32" of defendant ALPHA SHIP GMBH & CO. KG MS "NEPTUN"'s Cross-Claim.

        THIRD:   Defendant CSAV denies each and every allegation contained in paragraphs "33" and "34" of defendant ALPHA SHIP GMBH & CO. KG MS "NEPTUN"'s Cross-Claim.

<u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

FOURTH: Defendant CSAV repeats, reiterates and makes applicable to defendant ALPHA SHIP GMBH & CO. KG MS "NEPTUN"'s Cross-Claim each Separate and Complete Affirmative defense in CSAV's Answer to plaintiff's Complaint as if specifically set forth herein at length.

WHEREFORE, defendant COMPANIA SUD AMERICAN DE VAPORES S.A. demands judgment dismissing the Cross-Claim herein, and awarding CSAV costs, fees, including reasonable attorneys' fees and disbursements of this action and such other and further relief as to the Court may seem just and proper.

Dated: New York, N.Y.
       March 25, 2008

MAHONEY & KEANE, LLP
Attorneys for Defendant
COMPANIA SUD AMERICANA DE VAPORES SA

By: _____
    Garth S. Wolfson (GW 7700)
    111 Broadway, Tenth Floor
    New York, New York 10006
    (212) 385-1422
    File No.: 43/3451/B/07/8

TO: KINGSLEY KINGSLEY & CALKINS
    Attorneys for Plaintiff
    91 West Cherry Street
    Hicksville, N.Y. 11801
    (516) 931-0064

    FREEHILL, HOGAN & MAHAR, LLP
    Attorneys for Defendant
    ALPHA SHIP GMBH & CO. KG MS "NEPTUN"
    80 Pine Street
    New York, NY 10005-1759
    (212) 425-1900