UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LOUIS DREYFUS CORPORATION,                    07 CV 6622 (WHP)

                   Plaintiff,            NOTICE OF MOTION

   -against-

M/V CMA CGM CORTES, her engines,
boilers, tackle, etc., ALPHA
SHIPMANAGEMENT GMBH & CO., KG, ALPHA
SHIP GMBH & CO. KG MS "NEPTUN",
COMPANIA SUD AMERICANA DE VAPORES S.A.
(C.S.A.V.),

                   Defendants.
------------------------------------------X

    PLEASE TAKE NOTICE, that upon the annexed Declaration and the exhibits thereto attached, Memorandum of Law, and all the prior pleadings and proceedings in this action, defendant COMPANIA SUD AMERICANA DE VAPORES S.A. (CSAV) will move the Court before the Honorable William H. Pauley at the Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing the action on <u>forum non conveniens</u> grounds, and granting to CSAV such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        April 11, 2008

                                            MAHONEY & KEANE, LLP
                                            Attorneys for Defendant
                                            COMPANIA SUD AMERICAN DE
                                            VAPORES, S.A.

                              By: _____
                                  Garth S. Wolfson (GW 7700)
                                  111 Broadway, Tenth Floor
                                  New York, New York 10006
                                  (212) 385-1422