UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LOUIS DREYFUS CORPORATION,                    07 CV 6622 (WHP)

                  Plaintiff,     DECLARATION
                                              VERIFYING ANSWERS
     -against-                              TO INTERROGATORIES

M/V CMA CGM CORTES, her engines,
boilers, tackle, etc., ALPHA
SHIPMANAGEMENT GMBH & CO., KG, ALPHA
SHIP GMBH & CO. KG MS "NEPTUN",
COMPANIA SUD AMERICANA DE VAPORES S.A.
(C.S.A.V.),

                  Defendants.
------------------------------------------X

    I, Joseph R. Tagliareni, hereby declare as follows:

    1.  I am the Director of Risk Management, CSAV Regional Office of North America, agents for defendant COMPANIA SUD AMERICANA DE VAPORES S.A. (CSAV). As such, I am familiar, based upon my personal knowledge and my review of the file maintained by my office, with the pleadings and proceedings in this case. I am over 18 years of age, of sound mind, and capable of making this Verification, and I am fully authorized and competent to testify to all matters stated herein.

    2.  I have read the answers to plaintiff's interrogatories contained in CSAV's Response to Combined Demands, and the contents thereof are true and accurate to the best of my knowledge, information and belief.

    Pursuant to 28 U.S.C. ' 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2008
Iselin, New Jersey

                        By: _____
                            Joseph R. Tagliareni