ESSENTIAL TERMS PUBLISHED UNDER SERVICE CONTRACT NO. US-CHIW-05-0658-C0190US
AMENDMENT NO. <~AmendmentNumber~>

Participating Carriers

COMPANIA SUD AMERICANA DE VAPORES S.A. (Organization Number 000795)
C/O CSAV AGENCY, LLC.
99 WOOD AVE. SOUTH
ISELIN, NEW JERSEY 08830

CIA LIBRA DE NAVEGACAO (Organization Number 016067) (US-CLIB-05-0298-C0190US)

MONTEMAR MARITIMA S.A. (Organization Number 009839) (US-PNAI-05-0204-C0190US)


ESSENTIAL TERMS PUBLICATION NO. AND TARIFF OF GENERAL APPLICABILITY NO.
#CHIW 040, 041, 051, 053, 054, 055, 057, 058, 060, 061
#CLIB 002 & 004
#PNAI 010 & 011

CONFIDENTIAL

Service Contract No.   between: **COMPANIA SUD AMERICANA DE VAPORES S.A. & CIA LIBRA DE NAVEGACAO - MONTEMAR MARITIMA S.A.** (hereinafter "carrier"*), and **LOUIS DREYFUS CORPORATION** (hereinafter 'shipper').

Reference herein to tariff(s) shall mean the Tariffs of General Applicability for the Participating Carriers as referenced above.

**CLAUSE 1:**
Origin ports/ terminals : REFER TO ANNEX A

**CLAUSE 2:**
Destination Ports : REFER TO ANNEX A

**CLAUSE 3:**
Commodity : REFER TO ANNEX A

**CLAUSE 4:**
Minimum Volume : REFER TO ANNEX A

**CLAUSE 5:**
Service: Carrier undertakes to provide space on a regularly scheduled basis, and shipper undertakes to schedule shipments in reasonable numbers of units at any one time in order not to burden carrier's ability to furnish vessel space or to cause bunching of units under one load. In this respect, shipper will keep carriers well

advised concerning shipment scheduling in order to enable carriers to arrange for meeting space and service requirements

Carrier agrees to provide minimum accommodation for up to a maximum of 5 TEUS per vessel voyage.

---

1   When applicable, Norasia Container Lines Limited and Compania Sud Americana de Vapores S A ("CSAV") enter into joint service contracts under 46 C F R section 535 308, as parent and subsidiary   When applicable, CSAV, Norasia, Montemar Maritima S A, and Companhia Libra de Navegacao, or any two or more of them, enter into joint service contracts under FMC Agreement No. 011672, as amended.

## CLAUSE 6:
Rates, Charges and Conditions:
The rates contained herein are subject to all charges contained in Carrier's tariff of general applicability as the date this service contract becomes effective unless otherwise stated in this contract
REFER TO ANNEX B
NOTE:
A. The cargo carried under this agreement shall be governed by the provisions of the carrier tariff designated above, as well as the provisions of the carrier's bills of lading   In the event of a conflict in the terms and conditions of this agreement and the carrier's bill of lading, the provisions of carrier's bill of lading document shall prevail. All rules and regulations contained in carrier's tariffs shall apply. Carrier is not responsible for third party charges, as published in Port Authority Terminal Tariffs, unless specifically provided for herein.

## CLAUSE 7:
Penalty Clause:
If at the end of this agreement, the minimum volume of cargo shipped is not met (for reasons other than force majeure), the shipper shall pay to the carrier $250.00 per TEU not shipped during that contract period. Shipper will pay the penalties to the carrier within 30 days from the date of Termination of this contract.
Force Majeure:
A Each party is excused from this contract for reason of force majeure. Force majeure, as used herein, shall mean and include, without limitation, strikes, accidents, lockouts, fire, marine disasters, acts of God or public enemy, embargoes, riots, civil commotions, government requisition, or any other causes beyond the control of either party, which causes shall not be deemed to include commercial contingencies (e.g., changing market, poor management decision, business declines, etc.)
If a specific reduction in the quantity required for the contract period is stated in the contract for situations when a shipment cannot be made due to specified disabling occurrences, the party encountering disability shall, within five (5) days of the date of disability provide written notice to the person designated to maintain records of the nature of disability, and of its termination, when that event occurs.
B. In the event shipper is not able to comply due to force majeure reason specified in clause 7-A, the period in which shipments cannot be made shall be considered disability periods, and the minimum volume requirements shall be reduced proportionally on a calendar day basis, rounded to the next full container.

## CLAUSE 8:
Duration : REFER TO ANNEX A
Effective Date : REFER TO ANNEX A
Expiration Date : REFER TO ANNEX A

## CLAUSE 9:
a. Legal Names, Titles and Business Address of the contract parties
Carrier

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
Plaza Sotomayor 50
Valparaiso, Chile

CIA LIBRA DE NAVEGAÇÃO
RUA SÃO BENTO, 8, 8TH FLOOR
RIO DE JANEIRO, BRAZIL
CEP 20090.010

MONTEMAR MARITIMA S.A
PLAZA INDEPENDENCE 831, 5TH FLOOR /SUITE 506
P C 11100
MONTEVIDEO, URUGUAY

Shipper
[Insert Legal Names, Titles and Business Address of the shipper]
**LOUIS DREYFUS CORPORATION**
**20 WESTPORT ROAD , WILTON , CT , 06897**

b. Legal Names, Titles and Business Address of representatives signing the contract for the parties
CSAV AGENCY, LLC., As General Agents
99 Wood Avenue South
Iselin, New Jersey 08830
Shipper
[Insert Legal Names, Titles and Business Address of representatives signing the contract for the shipper]
**LOUIS DREYFUS CORPORATION**
**20 WESTPORT ROAD , WILTON , CT , 06897**

c. Legal Name and Business Address of Affiliates entitled to access the contract, if any:
(Note: This must name every affiliate of each contract party that is entitled to receive or authorized to offer services under the contract)
Affiliates of the Carrier

Affiliates of Shipper

<~AssociationsAddress~>

**CLAUSE 10:**
Record Retention:
Bills of lading should where possible be claused: " Shipped pursuant to Service Contract No. **US-CHIW-05-0658-C0190US** " and the shipper will supply a copy of all freighted bills of lading to carrier's General Agent, CSAV AGENCY, LLC., at 99 Wood Ave. South, Iselin, NJ 08830. Carrier and the shipper shall maintain their respective records in accordance with the requirements of the Federal Maritime Commission. Shipper shall provide records to carrier on a quarterly basis substantiating volume moved under this contract. Person who will respond to request by FMC for inspection of shipments record: CSAV AGENCY, LLC (see Article 9)

**CLAUSE 11:**
This Contract shall be construed and Governed by the Shipping Act of 1984 (46 U.S.C APP 1701 et seq.), as amended, and the regulations of the FMC. Should any dispute arise, it shall be referred to arbitration upon either party tendering written or electronic notice to the other.

Arbitration shall be held in the City of New York, State of New York (or such other location as the parties mutually agree), before a single arbitrator. The arbitrator shall be familiar with ocean shipping and shall not have an interest in or with the signatory, the carrier or agent or affiliate of any of the foregoing. Arbitration shall be conducted under Title 9 of the United States code and otherwise in accordance with the arbitration rules of New York Society of Maritime Arbitrators, Inc.

Within 15 days (15) after serving notice of its intent to seek review by arbitration, the party serving such notice shall submit the name of proposed arbitrator to the other party. Within five(5) days thereafter, the other party shall agree to the appointment of said arbitrator, or shall reject said arbitrator. In the event the second party rejects the proposed arbitrator, within twenty (20) days of the rejection of the initial proposed arbitrator, the arbitrator shall be appointed by the president of New York Society of Marine Arbitrators, Inc. The decision of the Arbitrator shall be final and binding on both parties.

Awards made pursuant hereto shall include costs, attorney's fees, interest and expenses. The decision of the arbitrator may be enforced by any court, tribunal or other forum as may properly assert jurisdiction. The parties hereto expressly consent and agree that the United States District Court for the Southern District of New York has personal jurisdiction over each of them, and to any other court having jurisdiction. The parties further agree that venue is proper in the aforementioned courts. Any arbitral award issued pursuant hereto may be enforced pursuant to the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards. A copy of such decision shall be served by the panel to the contract party and the carrier at the addresses provided below.

**CLAUSE 12:**
Carrier and shipper shall hold the terms of this contract, to the extent permitted by law, in confidence. Nothing, however, shall preclude carrier from or shipper from providing access to service contract terms to subsidiary, parent, and affiliated companies, employees, officers, directors, agents and subcontractors, where necessary or appropriate to perform legitimate functions connected to the business of each company. Neither party shall allow the terms to be distributed to competitors or customers of the other except where required by law

**CLAUSE 13:**
Upon fulfillment of the Minimum Quantity commitment, either party may terminate this contract, effective immediately, in its discretion, by telex, fax or email.

**CLAUSE 14:**
Credit terms shall be as per Carrier's applicable tariff, except that any special credit terms and conditions or volume incentive program applicable to this contract, if any, shall be set forth in Annex C as attached hereto. Cargo moved under this contract shall not be appicable for any volume incentive program not contained in this contract

**CLAUSE 15**
If Carrier adopts a general tariff rate increase in the trade, applicable to any commodity covered by this contract, Carrier shall give fifteen (15) days notice, by postal express mail, courier, fax or e-mail, to Shipper, that such general tariff rate increase shall apply to this contract. If Shipper, within fifteen days from the date of Carrier's notice, sends Carrier a written notice, by fax or e-mail, objecting to application of the general tariff rate increase to this contract, then the contract shall terminate effective upon Carrier's receipt of Shipper's notice. In such event, Shipper's Minimum Volume commitment shall be prorated by multiplying the Minimum Volume commitment by the number of

days the contract was in effect and then dividing by the number of days of the original contract term, and any liquidated damages shall be assessed and paid based on the Minimum Volume as recalculated. If Shipper does not object to the application of the general tariff rate increase to this contract within fifteen days of Carrier's notice, then the contract shall remain in force, and the contract rates shall be adjusted to include the general tariff rate increase, effective from the expiration of the fifteen day notice period.

**CLAUSE 16:**
**Certification of Contract Party Status:**
Pursuant to CFR 58.4 and 58.11, the party contracting the carrier under the terms of this contract, certifies its status as follows:

X  Beneficial Owner of Cargo        Shipper Association
   N.V.O.C.C                        *Other

*Shipper must provide further identification of status.
If the shipper is an N.V.O.C.C, the carrier must obtain proof that the NVOCC has a published tariff and proof of financial responsibility as required by Federal Maritime Commission regulations.


Executed this

| COMPANIA SUD AMERICANA<br>DE VAPORES S.A. | LOUIS DREYFUS CORPORATION |
|---|---|
| | _____<br>Dave Marker<br>Traffic Manager |
| CIA LIBRA DE NAVEGAÇÃO<br>MONTEMAR MARITIMA S.A. | |
| _____<br>Felipe Olavarria<br>TRADE MANAGER<br>VICE PRESIDENT USA | |
| _____<br>Neungkyu Lee<br>Pricing Manager | |

## ANNEX A - ESSENTIAL TERMS FOR S/C No. US-CHIW-05-0658-C0190US

These essential terms shall be published in carrier's tariff concurrently with filing of each service contract:

1.   **CLAUSE 1:**

Origin port ranges/ terminals:

PARANAGUA, BRAZIL
RIO DE JANEIRO, BRAZIL
SAO FRANCISCO DO SUL, BRAZIL
SALVADOR, BRAZIL
SANTOS, BRAZIL
PECEM, BRAZIL
RIO GRANDE, BRAZIL
SEPETIBA, BRAZIL
SUAPE, BRAZIL
BUENAVENTURA, COLOMBIA
GUAYAQUIL, ECUADOR
CALLAO, PERU
CARTAGENA, COLOMBIA
SANTO TOMAS DE CASTILLA, GUATEMALA
PUERTO CORTES, HONDURAS
PUERTO LIMON, COSTA RICA
VERACRUZ, MEXICO
PAITA, PERU


2.   **CLAUSE 2:**

Destination Ports:

BALTIMORE, MD, UNITED STATES, 21201
NEW YORK, NY, UNITED STATES, 10001
NORFOLK, VA, UNITED STATES, 23501
CHARLESTON, SC, UNITED STATES, 29401
JACKSONVILLE, FL, UNITED STATES, 32201
PORT EVERGLADES, FL, UNITED STATES, 33316
PHILADELPHIA, PA, UNITED STATES, 19101
HOUSTON, TX, UNITED STATES, 77001
LONG BEACH, CA, UNITED STATES, 90800
OAKLAND, CA, UNITED STATES, 94601
VANCOUVER, BC, CANADA
SEATTLE, WA, UNITED STATES, 98101

TORONTO, ON, CANADA
MONTREAL, PQ, CANADA

3.  CLAUSE 3:

Commodities involved:

COFFEE, NOS

4.  CLAUSE 4:

Minimum Volume or Portion:

400 TEU

5.  CLAUSE 8:

| Duration | : | 1 Month and 29 Days |
|---|---|---|
| Effective Date | : | Nov/03/2006 |
| Expiration Date | : | Dec/31/2006 |

ANNEX B - RATES FOR S/C No. US-CHIW-05-0658-C0190US

1. **CLAUSE 6:**

**CONTRACT RATES**

**CSAV TRADE>**

| Origin | OriginVia | Destination | Commodity | Service | Size | Type | Note | Rate |
|---|---|---|---|---|---|---|---|---|
| PARANAGUA, BRAZIL/RIO DE JANEIRO, BRAZIL/SAO FRANCISCO DO SUL, BRAZIL/SALVADOR, BRAZIL/SANTOS, BRAZIL | | BALTIMORE, MD, UNITED STATES, 21201/NEW YORK, NY, UNITED STATES, 10001/NORFOLK, VA, UNITED STATES, 23501 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - Subject to Capatazia, CSF, TSF Only | 1600 |
| PECEM, BRAZIL/RIO GRANDE, BRAZIL/SEPETIBA, BRAZIL/SANTOS, BRAZIL/SUAPE, BRAZIL | | CHARLESTON, SC, UNITED STATES, 29401/JACKSONVILLE, FL, UNITED STATES, 32201/NEW YORK, NY, UNITED STATES, 10001/NORFOLK, VA, UNITED STATES, 23501/PORT EVERGLADES, FL, UNITED STATES, 33316/PHILADELPHIA, PA, UNITED STATES, 19101 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - Subject to Capatazia, CSF, TSF Only. | 1600 |
| BUENAVENTURA, COLOMBIA/GUAYAQUIL, ECUADOR/CALLAO, PERU | | BALTIMORE, MD, UNITED STATES, 21201/CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/PORT EVERGLADES, FL, UNITED STATES, 33316 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 1300 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BUENAVENTURA, COLOMBIA/GUAYAQUIL, ECUADOR/CALLAO, PERU | | BALTIMORE, MD, UNITED STATES, 21201/CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/PORT EVERGLADES, FL, UNITED STATES, 33316 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive | 1450 |
| CARTAGENA, COLOMBIA | | BALTIMORE, MD, UNITED STATES, 21201/CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/PORT EVERGLADES, FL, UNITED STATES, 33316 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive Incl. 8/18/06 GRI | 1100 |
| CARTAGENA, COLOMBIA | | BALTIMORE, MD, UNITED STATES, 21201/CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/PORT EVERGLADES, FL, UNITED STATES, 33316 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive Incl. 8/18/06 GRI | 1250 |
| CARTAGENA, COLOMBIA | | HOUSTON, TX, UNITED STATES, 77001 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 1150 |
| CARTAGENA, COLOMBIA | | HOUSTON, TX, UNITED STATES, 77001 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive | 1300 |
| SANTO TOMAS DE CASTILLA, GUATEMALA/PUERTO CORTES, HONDURAS | | CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/NORFOLK, VA, UNITED STATES, 23501 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 1400 |
| SANTO TOMAS DE CASTILLA, GUATEMALA/PUERTO CORTES, HONDURAS | | CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/NORFOLK, VA, UNITED STATES, 23501 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive | 1550 |

| PUERTO LIMON, COSTA RICA | | BALTIMORE, MD, UNITED STATES, 21201/CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/PORT EVERGLADES, FL, UNITED STATES, 33316 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 1400 |
|---|---|---|---|---|---|---|---|---|
| PUERTO LIMON, COSTA RICA | | BALTIMORE, MD, UNITED STATES, 21201/CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/PORT EVERGLADES, FL, UNITED STATES, 33316 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive | 1550 |
| VERACRUZ, MEXICO | | HOUSTON, TX, UNITED STATES, 77001 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 800 |
| BUENAVENTURA, COLOMBIA/GUAYAQUIL, ECUADOR/CALLAO, PERU | | LONG BEACH, CA, UNITED STATES, 90800/OAKLAND, CA, UNITED STATES, 94601 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 1250 |
| BUENAVENTURA, COLOMBIA/GUAYAQUIL, ECUADOR/CALLAO, PERU | | LONG BEACH, CA, UNITED STATES, 90800/OAKLAND, CA, UNITED STATES, 94601 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive | 1400 |
| PARANAGUA, BRAZIL/RIO DE JANEIRO, BRAZIL/SAO FRANCISCO DO SUL, BRAZIL/SALVADOR, BRAZIL/SANTOS, BRAZIL | | BALTIMORE, MD, UNITED STATES, 21201/NEW YORK, NY, UNITED STATES, 10001/NORFOLK, VA, UNITED STATES, 23501 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - Subject to Capatazia, CSF, TSF Only | 1750 |

| Origin | | Destination | Commodity | | | | Terms | Rate |
|---|---|---|---|---|---|---|---|---|
| PECEM, BRAZIL/RIO GRANDE, BRAZIL/SEPETIBA, BRAZIL/SANTOS, BRAZIL/SUAPE, BRAZIL | | CHARLESTON, SC, UNITED STATES, 29401/JACKSONVILLE, FL, UNITED STATES, 32201/NEW YORK, NY, UNITED STATES, 10001/NORFOLK, VA, UNITED STATES, 23501/PORT EVERGLADES, FL, UNITED STATES, 33316/PHILADELPHIA, PA, UNITED STATES, 19101 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - Subject to Capatazia, CSF, TSF Only. | 1750 |
| PAITA, PERU | | BALTIMORE, MD, UNITED STATES, 21201/CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/PORT EVERGLADES, FL, UNITED STATES, 33316 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 1300 |
| PAITA, PERU | | BALTIMORE, MD, UNITED STATES, 21201/CHARLESTON, SC, UNITED STATES, 29401/NEW YORK, NY, UNITED STATES, 10001/PORT EVERGLADES, FL, UNITED STATES, 33316 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive | 1450 |
| BUENAVENTURA, COLOMBIA/GUAYAQUIL, ECUADOR/CALLAO, PERU | | VANCOUVER, BC, CANADA/SEATTLE, WA, UNITED STATES, 98101 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 1450 |
| BUENAVENTURA, COLOMBIA/GUAYAQUIL, ECUADOR/CALLAO, PERU | | VANCOUVER, BC, CANADA/SEATTLE, WA, UNITED STATES, 98101 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive | 1600 |
| CARTAGENA, COLOMBIA | | LONG BEACH, CA, UNITED STATES, 90800/OAKLAND, CA, UNITED STATES, 94601 | COFFEE, NOS | PP | 20 | PC | FCL/FCL - All Inclusive | 1400 |
| CARTAGENA, COLOMBIA | | LONG BEACH, CA, UNITED STATES, 90800/OAKLAND, CA, UNITED STATES, 94601 | COFFEE, NOS | PP | 20 | PC | LCL/FCL - All Inclusive | 1550 |

| CARTAGENA, COLOMBIA | | TORONTO, ON, CANADA | COFFEE, NOS | PR | 20 | PC | FCL/FCL - All Inclusive | 1750 |
|---|---|---|---|---|---|---|---|---|
| CARTAGENA, COLOMBIA | | TORONTO, ON, CANADA | COFFEE, NOS | PR | 20 | PC | LCL/FCL - All Inclusive | 1900 |
| CARTAGENA, COLOMBIA | | MONTREAL, PQ, CANADA | COFFEE, NOS | PR | 20 | PC | FCL/FCL - All Inclusive | 1700 |
| CARTAGENA, COLOMBIA | | MONTREAL, PQ, CANADA | COFFEE, NOS | PR | 20 | PC | LCL/FCL - All Inclusive | 1850 |
| BUENAVENTURA, COLOMBIA/GUAYAQUIL, ECUADOR/CALLAO, PERU | | TORONTO, ON, CANADA | COFFEE, NOS | PR | 20 | PC | FCL/FCL - All Inclusive | 2150 |
| BUENAVENTURA, COLOMBIA/GUAYAQUIL, ECUADOR/CALLAO, PERU | | TORONTO, ON, CANADA | COFFEE, NOS | PR | 20 | PC | LCL/FCL - All Inclusive | 2300 |

## CSAV FOREIGN TO FOREIGN TRADE>



"Dreyfus 05 15 2006.xls"

General Provisions/Notes/Exceptions
    1>     Unless otherwise specified, All rates are based on Port to Port Basis
    2>     Unless otherwise specified, All rates are applicable to Standard Dry Containers
    3>     F.A.K. shipments will be subject to the Governing Tariff Rule
    4>     All US Origin Inland Add-ons and Destination Arbitraries will be applicable as per Tariff published
    5>     Unless otherwise stated as inclusive, rates will be subject to Hazardous Surcharges as per Tariff.
    6>     Subject to Equipment Availability
    7>     Equipment Size
        ⇨ 20     : 20'Standard Container
        ⇨ 40     : 40'Standard Container
        ⇨ 40B     : 40'High Cube Container
    8>     Equipment Type
        ⇨ FR     : Flatrack
        ⇨ HC     : High Cube
        ⇨ OT     : Open Top
        ⇨ PC     : Dry Container
        ⇨ RE     : Reefer
        ⇨ RENE     : Non-Operating Reefer
        ⇨ TC     : Tank Container
    9>     Service Code
        ⇨ D     : Door
        ⇨ P     : Port
        ⇨ R     : Ramp
    10>     For full commodity description and / or details of Viz lists, refer to the published and filed subject applicable TLIs under Service Contract & Essential Term Tariffs

RuleName:CANADA DESTINATION INLAND ADD-ONS
RuleNumber:090
SubRuleNumber:
RuleText:
    CANADA DESTINATION INLAND ADD-ONS

    From New York, NY to Montreal, PQ, Canada
    => USD 600 per container

    From New York, NY to Toronto, ON, Canada
    => USD 700 per container

RuleName:DEMURRAGE FREE TIME
RuleNumber:023
SubRuleNumber:B
RuleText:
    DEMURRAGE FREE TIME

    Pier Storage and Equipment Free Time at Destination Ports shall be the following:
    - USA Ports    : 10 Working Days


RuleName:DETENTION FREE TIME
RuleNumber:021
SubRuleNumber:B
RuleText:
    DETENTION FREE TIME

    Total of 10 working days of Detention Freetime will be allowed at the destination USA

RuleName:GRI NOTE
RuleNumber:100
SubRuleNumber:A
RuleText:
    GRI NOTE

    Rates in this contract will not be subject to July 2006 GRI from ECSA to USA



ANNEX C - CREDIT TERMS/
VOLUME INCENTIVE PROGRAMS FOR S/C No. . US-CHIW-05-0658-C0190US