# ⊠CSAV

## COMPAÑÍA SUD AMERICANA DE VAPORES S.A. ** COPY NOT NEGOTIABLE **
BILL OF LADING FOR PORT TO PORT AND INTERMODAL SHIPMENT

| | | |
|---|---|---|
| SHIPPER (NAME AND FULL ADDRESS)<br>COOPERATIVA CUZCACHAPA DE R.L.<br>CARRETERA AL COCO, CANTON GALEANO,<br>CHALCHUAPA, SANTA ANA | BOOKING NBR<br>6HA0001725 | SERVICE B/L NUMBER<br>LEU3-C  6HA001847 |
| | EXPORT REFERENCES | |

| | |
|---|---|
| CONSIGNEE (NAME AND FULL ADDRESS)<br>TO THE ORDER OF<br>LOUIS DREYFUS COFFEE    NOT NEGOTIABLE UNLESS<br>"TO ORDER OF" | FORWARDING AGENT - REFERENCES (NAME AND FULL ADDRESS / F.M.C.) |

| | |
|---|---|
| NOTIFY (NAME AND FULL ADDRESS)<br>LOUIS DREYFUS COFFEE<br>20 WESTPORT ROAD WILTON<br>CT 06897-0810 | POINT AND COUNTRY OF ORIGIN OF GOODS |
| | DOMESTIC ROUTING / EXPORT INSTRUCTIONS / ONWARD INLAND ROUTING<br>SVSTA-GTSTC Truck<br>GTSTC-BEANR EMF-CMA CGM MAYA/07311/N |

| PRECARRIAGE BY (Mode) (*) | PLACE OF RECEIPT BY PRECARRIER (*)<br>SANTA ANA, EL SALVADOR |
|---|---|
| PORT OF LOADING<br>Santo Tomas de Castilla | OCEAN VESSEL (Vessel/voyage/leg)<br>, CMA CGM MAYA-07311-N |
| PORT OF DISCHARGE<br>Antwerp {Amberes}, Belgi | PLACE OF FINAL DELIVERY BY ONCARRIER (*)<br>ANTWERP {AMBERES}, BELGI |

## PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS | Nº OF PKGS./CNTRS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| DOS PINOS H.G.<br>09-030-36<br>TTNU1879762<br>SN:J1245636<br>LOT #2-54<br>QTY:275<br>DOOR / PIER<br>FOT/CY<br>TW:2,300.000KGS<br>GW:19,173.000KGS<br>FSCU3755015<br>SN:J1245637<br>LOT #2-53<br>QTY:275<br>DOOR / PIER<br>FOT/CY<br>TW:2,300.000KGS | 7 | STANDARD 20' CONTAINER<br>SAID TO CONTAIN<br>1925 BAGS<br>WASHED EL SALVADOR GREEN COFFEE<br>HIGH GROWN 2006/2007 CROP<br>P/E # 0768/12768<br>C/O # 9/10/0718-0<br>CONTRACT US-CHIW-05-0658-C19OUS<br>CTTO. P-15755 | 134,211.000KGS | |

Copy Not Negotiable

CONTINUED ON PAGE   2

| SHIPPERS DECLARED VALUE $ (IF NOT DECLARED, LIABILITY LIMIT APPLIES AS PER CLAUSE 16.): |
|---|

## TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER:

The number of containers or packages shown in the "TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER" box which are said by the Shipper to hold or consolidate the Goods described in the "PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE" box, have been received by **COMPAÑIA SUD AMERICANA DE VAPORES S.A.** from the Shipper in apparent good order and condition except as otherwise indicated hereon - weight, measure, marks, numbers, quality, quantity, description, contents and value unknown - for Carriage from the Place of Receipt or the Port of Loading (whichever is applicable) to the Port of Discharge or the Place of Final Delivery (whichever is applicable) on the terms and conditions hereof INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, THE CARRIER'S APPLICABLE TARIFF AND THE TERMS AND CONDITIONS OF THE PRECARRIER AND ONCARRIER AS APPLICABLE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF.

IN WITNESS WHEREOF THREE (3) ORIGINAL BILLS OF LADING (unless otherwise stated above) HAVE BEEN SIGNED ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID.

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

** COPY NOT NEGOTIABLE **

| FREIGHT CHARGES | RATE | PREPAID | COLLECT | PAYABLE AT |
|---|---|---|---|---|
| OCEAN FREIGHT | USD | | 12250.00 | PCA/USINJ |
| TOTAL | USD | | 12250.00 | |

SAN SALVADOR

⊠ **CSAV**® CO___ÑIA SUD AMERICANA DE VAPO___ S S.A.
BILL OF LADING FOR PORT TO PORT AND INTERMODAL SHIPMENT

PAGE# 2

** COPY NOT NEGOTIABLE **

| SHIPPER (NAME AND FULL ADDRESS) | BOOKING NBR | | |
|---|---|---|---|
| COOPERATIVA CUZCACHAPA DE R.L. CARRETERA AL COCO, CANTON GALEANO, CHALCHUAPA, SANTA ANA | 6HA0001725 | SERVICE LEU3-C | BL NUMBER 6HA001847 |

EXPORT REFERENCES

| CONSIGNEE (NAME AND FULL ADDRESS) | FORWARDING AGENT - REFERENCES (NAME AND FULL ADDRESS / F.M.C.) |
|---|---|
| TO THE ORDER OF LOUIS DREYFUS COFFEE  NOT NEGOTIABLE UNLESS "TO ORDER OF" | |

| NOTIFY (NAME AND FULL ADDRESS) | POINT AND COUNTRY OF ORIGIN OF GOODS |
|---|---|
| LOUIS DREYFUS COFFEE 20 WESTPORT ROAD WILTON CT 06897-0810 | |

DOMESTIC ROUTING / EXPORT INSTRUCTIONS / ONWARD INLAND ROUTING
SVSTA-GTSTC Truck
GTSTC-BEANR EMF-CMA CGM MAYA/07311/N

| PRECARRIAGE BY (Mode) (*) | PLACE OF RECEIPT BY PRECARRIER (*) SANTA ANA, EL SALVADOR |
|---|---|
| PORT OF LOADING Santo Tomas de Castilla, | OCEAN VESSEL (Vessel/voyage/leg) CMA CGM MAYA-07311-N |
| PORT OF DISCHARGE Antwerp {Amberes}, Belgi | PLACE OF FINAL DELIVERY BY ONCARRIER (*) ANTWERP {AMBERES}, BELGI |

## PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS | N° OF PKGS./CNTRS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| GW:19,173.000KGS IPXU3147192 SN:J1245638 LOT #2-60 QTY:275 DOOR / PIER FOT/CY TW:2,300.000KGS GW:19,173.000KGS AMFU3113494 SN:J1245640 LOT #2-56 QTY:275 DOOR / PIER FOT/CY TW:2,300.000KGS GW:19,173.000KGS | | | | |

Copy Not Negotiable

CONTINUED ON PAGE 3

SHIPPERS DECLARED VALUE $ (IF NOT DECLARED, LIABILITY LIMIT APPLIES AS PER CLAUSE 16.):

## TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER:

The number of containers or packages shown in the "TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER" box which are said by the Shipper to hold or consolidate the Goods described in the "PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE" box, have been received by COMPAÑIA SUD AMERICANA DE VAPORES S.A. from the Shipper in apparent good order and condition except as otherwise indicated hereon - weight, measure, marks, numbers, quality, quantity, description, contents and value unknown - for Carriage from the Place of Receipt or the Port of Loading (whichever is applicable) to the Port of Discharge or the Place of Final Delivery (whichever is applicable) on the terms and conditions hereof INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, THE CARRIER'S APPLICABLE TARIFF AND THE TERMS AND CONDITIONS OF THE PRECARRIER AND ONCARRIER AS APPLICABLE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF.

IN WITNESS WHEREOF THREE (3) ORIGINAL BILLS OF LADING (unless otherwise stated above) HAVE BEEN SIGNED ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID.

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

** COPY NOT NEGOTIABLE **

| FREIGHT CHARGES | RATE | PREPAID | COLLECT | PAYABLE AT |
|---|---|---|---|---|
| THIS ATTACHED PAGE WILL BE CONSIDERED IN FULL AS PART OF CARGO DESCRIPTION OF THIS BILL OF LADING | | | | |

TOTAL

⊠ **CSAV**®    CO ̄ ̄ ̄ ̄ÑIA SUD AMERICANA DE VAPO ̄ ̄ ̄ S S.A.     PAGE#   3
BILL OF LADING FOR PORT TO PORT AND INTERMODAL SHIPMENT

** COPY NOT NEGOTIABLE **

| SHIPPER (NAME AND FULL ADDRESS) | BOOKING NBR | SERVICE | B/L NUMBER |
|---|---|---|---|
| COOPERATIVA CUZCACHAPA DE R.L.<br>CARRETERA AL COCO, CANTON GALEANO,<br>CHALCHUAPA, SANTA ANA | 6HA0001725 | LEU3-C | 6HA001847 |

EXPORT REFERENCES

| CONSIGNEE (NAME AND FULL ADDRESS) | | FORWARDING AGENT - REFERENCES (NAME AND FULL ADDRESS / F.M.C.) |
|---|---|---|
| TO THE ORDER OF<br>LOUIS DREYFUS COFFEE | NOT NEGOTIABLE UNLESS<br>"TO ORDER OF" | |

| NOTIFY (NAME AND FULL ADDRESS) | POINT AND COUNTRY OF ORIGIN OF GOODS |
|---|---|
| LOUIS DREYFUS COFFEE<br>20 WESTPORT ROAD WILTON<br>CT 06897-0810 | |

DOMESTIC ROUTING / EXPORT INSTRUCTIONS / ONWARD INLAND ROUTING
SVSTA-GTSTC Truck
GTSTC-BEANR EMF-CMA CGM MAYA/07311/N

| PRECARRIAGE BY (Mode) (*) | PLACE OF RECEIPT BY PRECARRIER (*)<br>SANTA ANA, EL SALVADOR |
|---|---|
| PORT OF LOADING<br>Santo Tomas de Castilla, | OCEAN VESSEL (Vessel/voyage/leg)<br>CMA CGM MAYA-07311-N |
| PORT OF DISCHARGE<br>Antwerp {Amberes}, Belgi | PLACE OF FINAL DELIVERY BY ONCARRIER (*)<br>ANTWERP {AMBERES}, BELGI |

## PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS | N° OF PKGS/CNTRS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| AMFU3057580<br>SN:J1245641<br>LOT #2-57<br>QTY:275<br>DOOR / PIER<br>FOT/CY<br>TW:2,300.000KGS<br>GW:19,173.000KGS<br>IPXU3053112<br>SN:J1245642<br>LOT #2-59<br>QTY:275<br>DOOR / PIER<br>FOT/CY<br>TW:2,300.000KGS<br>GW:19,173.000KGS<br>IPXU3808060 | | | | |

CONTINUED ON PAGE   4

SHIPPERS DECLARED VALUE $ (IF NOT DECLARED, LIABILITY LIMIT APPLIES AS PER CLAUSE 16.):

## TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER:

The number of containers or packages shown in the "TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER" box which are said by the Shipper to hold or consolidate the Goods described in the "PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE" box, have been received by COMPAÑIA SUD AMERICANA DE VAPORES S.A. from the Shipper in apparent good order and condition except as otherwise indicated hereon - weight, measure, marks, numbers, quality, quantity, description, contents and value unknown - for Carriage from the Place of Receipt or the Port of Loading (whichever is applicable) to the Port of Discharge or the Place of Final Delivery (whichever is applicable) on the terms and conditions hereof INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, THE CARRIER'S APPLICABLE TARIFF AND THE TERMS AND CONDITIONS OF THE PRECARRIER AND ONCARRIER AS APPLICABLE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF.

IN WITNESS WHEREOF THREE (3) ORIGINAL BILLS OF LADING (unless otherwise stated above) HAVE BEEN SIGNED ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID.

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

** COPY NOT NEGOTIABLE **

| FREIGHT CHARGES | RATE | PREPAID | COLLECT | PAYABLE AT |
|---|---|---|---|---|
| | | | | |

THIS ATTACHED PAGE WILL BE CONSIDERED
IN FULL AS PART OF CARGO DESCRIPTION
OF THIS BILL OF LADING

TOTAL

⊠ CSAV®    COMPAÑÍA SUD AMERICANA DE VAPORES S.A.
BILL OF LADING FOR PORT TO PORT AND INTERMODAL SHIPMENT        PAGE#    4

** COPY NOT NEGOTIABLE **

| SHIPPER (NAME AND FULL ADDRESS) | BOOKING NBR | SERVICE | B/L NUMBER |
|---|---|---|---|
| COOPERATIVA CUZCACHAPA DE R.L. CARRETERA AL COCO, CANTON GALEANO, CHALCHUAPA, SANTA ANA | 6HA0001725 | LEU3-C | 6HA001847 |

EXPORT REFERENCES

| CONSIGNEE (NAME AND FULL ADDRESS) | FORWARDING AGENT - REFERENCES (NAME AND FULL ADDRESS / F.M.C.) |
|---|---|
| TO THE ORDER OF   NOT NEGOTIABLE UNLESS "TO ORDER OF" LOUIS DREYFUS COFFEE | |

| NOTIFY (NAME AND FULL ADDRESS) | POINT AND COUNTRY OF ORIGIN OF GOODS |
|---|---|
| LOUIS DREYFUS COFFEE 20 WESTPORT ROAD WILTON CT 06897-0810 | |

DOMESTIC ROUTING / EXPORT INSTRUCTIONS / ONWARD INLAND ROUTING
SVSTA-GTSTC Truck
GTSTC-BEANR EMF-CMA CGM MAYA/07311/N

| PRECARRIAGE BY (Mode) (*) | PLACE OF RECEIPT BY PRECARRIER (*) SANTA ANA, EL SALVADOR |
|---|---|

| PORT OF LOADING Santo Tomas de Castilla, | OCEAN VESSEL (Vessel/voyage/leg) CMA CGM MAYA-07311-N |
|---|---|

| PORT OF DISCHARGE Antwerp {Amberes}, Belgi | PLACE OF FINAL DELIVERY BY ONCARRIER (*) ANTWERP {AMBERES}, BELGI |
|---|---|

## PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS | N° OF PKGS./CNTRS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SN:J1245643 LOT #2-58 QTY:275 DOOR / PIER FOT/CY TW:2,300.000KGS GW:19,173.000KGS | | | | |

Copy Not Negotiable

CONTINUED ON PAGE    5

SHIPPERS DECLARED VALUE $ (IF NOT DECLARED, LIABILITY LIMIT APPLIES AS PER CLAUSE 16.):

## TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER:

The number of containers or packages shown in the "TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER" box which are said by the Shipper to hold or consolidate the Goods described in the "PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE" box, have been received by COMPAÑIA SUD AMERICANA DE VAPORES S.A. from the Shipper in apparent good order and condition except as otherwise indicated hereon - weight, measure, marks, numbers, quality, quantity, description, contents and value unknown - for Carriage from the Place of Receipt or the Port of Loading (whichever is applicable) to the Port of Discharge or the Place of Final Delivery (whichever is applicable) on the terms and conditions hereof INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, THE CARRIER'S APPLICABLE TARIFF AND THE TERMS AND CONDITIONS OF THE PRECARRIER AND ONCARRIER AS APPLICABLE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF.

IN WITNESS WHEREOF THREE (3) ORIGINAL BILLS OF LADING (unless otherwise stated above) HAVE BEEN SIGNED ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID.

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

** COPY NOT NEGOTIABLE **

| FREIGHT CHARGES | RATE | PREPAID | COLLECT | PAYABLE AT |
|---|---|---|---|---|
| THIS ATTACHED PAGE WILL BE CONSIDERED IN FULL AS PART OF CARGO DESCRIPTION OF THIS BILL OF LADING | | | | |
| TOTAL | | | | |

⊠ CSAV.

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
BILL OF LADING FOR PORT TO PORT AND INTERMODAL SHIPMENT

PAGE# 5

** COPY NOT NEGOTIABLE **

| SHIPPER (NAME AND FULL ADDRESS) | BOOKING NBR | SERVICE | B/L NUMBER |
|---|---|---|---|
| COOPERATIVA CUZCACHAPA DE R.L. CARRETERA AL COCO, CANTON GALEANO, CHALCHUAPA, SANTA ANA | 6HA0001725 | LEU3-C | 6HA001847 |

EXPORT REFERENCES

| CONSIGNEE (NAME AND FULL ADDRESS) | |
|---|---|
| TO THE ORDER OF LOUIS DREYFUS COFFEE | NOT NEGOTIABLE UNLESS "TO ORDER OF" |

FORWARDING AGENT - REFERENCES (NAME AND FULL ADDRESS / F.M.C.)

NOTIFY (NAME AND FULL ADDRESS)
LOUIS DREYFUS COFFEE
20 WESTPORT ROAD WILTON
CT 06897-0810

POINT AND COUNTRY OF ORIGIN OF GOODS

DOMESTIC ROUTING / EXPORT INSTRUCTIONS / ONWARD INLAND ROUTING
SVSTA-GTSTC Truck
GTSTC-BEANR EMF-CMA CGM MAYA/07311/N

| PRECARRIAGE BY (Mode) (*) | PLACE OF RECEIPT BY PRECARRIER (*) SANTA ANA, EL SALVADOR |
|---|---|

| PORT OF LOADING Santo Tomas de Castilla, | OCEAN VESSEL (Vessel/voyage/leg) CMA CGM MAYA-07311-N |
|---|---|

| PORT OF DISCHARGE Antwerp {Amberes}, Belgi | PLACE OF FINAL DELIVERY BY ONCARRIER (*) ANTWERP {AMBERES}, BELGI |
|---|---|

## PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS | Nº OF PKGS./CNTRS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|

Copy Not Negotiable

SHIPPERS DECLARED VALUE $ (IF NOT DECLARED, LIABILITY LIMIT APPLIES AS PER CLAUSE 16.):

## TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER:

The number of containers or packages shown in the "TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER" box which are said by the Shipper to hold or consolidate the Goods described in the "PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE" box, have been received by COMPAÑIA SUD AMERICANA DE VAPORES S.A. from the Shipper in apparent good order and condition except as otherwise indicated hereon - weight, measure, marks, numbers, quality, quantity, description, contents and value unknown - for Carriage from the Place of Receipt or the Port of Loading (whichever is applicable) to the Port of Discharge or the Place of Final Delivery (whichever is applicable) on the terms and conditions hereof INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, THE CARRIER'S APPLICABLE TARIFF AND THE TERMS AND CONDITIONS OF THE PRECARRIER AND ONCARRIER AS APPLICABLE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF.

IN WITNESS WHEREOF THREE (3) ORIGINAL BILLS OF LADING (unless otherwise stated above) HAVE BEEN SIGNED ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID.

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

** COPY NOT NEGOTIABLE **

| FREIGHT CHARGES | RATE | PREPAID | COLLECT | PAYABLE AT |
|---|---|---|---|---|
| THIS ATTACHED PAGE WILL BE CONSIDERED IN FULL AS PART OF CARGO DESCRIPTION OF THIS BILL OF LADING | | | | |

TOTAL

SAN SALVADOR

PART A: FOR USE BY AUTHORITIES OF ISSUING COUNTRY
PARTE A: A UTILIZAR POR LAS AUTORIDADES DEL PAIS EMISOR

**ICO CERTIFICATE OF ORIGIN**
**CERTIFICADO DE ORIGEN DE LA OIC**

| 1 Exporter/Consignor
Exportador/Expedidor
SDC. COOPERATIVA CUZCACHAPA DE R.L. | Form approved by the:
Formulario aprobado por la:
**ICO CERTIFICATE OF ORIGIN**
**CERTIFICADO DE ORIGEN DE LA OIC**
22 Berners Street, Londres W1T 3DD, Inglaterra
Tel: +44 (0) 7580 8591   Fax: +44 (0) 7580 8159
Email: certs@ico.org |

0 0 3 2

| 2 Notify address
Dirección para notificaciones
LOUIS DREYFUS CORPORATION | 3 Internal reference No.
Número de referencia interno   0768/12768  INS 00917 |
| | 4 Country code
Clave de país 09 | Port code
Clave de puerto 10 | Serial No.
No. de serie 0768 |
| | 5 Producing country
País productor   EL SALVADOR   0 0 3 |

0 0 1 0

| 6 Country of destination
País de destino
BELGICA   0 4 6 | 7 Date of export (DD/MM/YY)
Fecha de exportación (DD/MM/AA) |
| 8 Country of trans-shipment
País de transbordo | 9 Name of carrier
Nombre del medio de transporte |

| 10 ICO identification mark
Marca de identificación de la OIC
09 / 0030 / 36
Other marks
Otras marcas
DOS PINOS   2,200.00 Szs   NCA | 11 Shipped in
Cargados | Bags
En sacos II | Bulk
A granel |
| | | Containers
En contenedores | Other
De otra forma |
| | 12 Net weight of shipment
Peso neto de la partida
151,800.00 | 13 Unit of weight
Unidad de peso
II kg   lb |

| 14 Description of coffee
Descripción del café | II Green Arabica
Arábica verde | Green Robusta
Robusta verde | Roasted
Tostado | Soluble
Soluble |
| | Other (specify)
Otro (indíquese) | | | |

| 15 Other relevant information · Otras informaciones pertinentes
Processing method
Método de elaboración: | Dry
Vía seca | II Wet
Vía húmeda | Decaffeinated
Descafeinado | Organic
Orgánico |

16 IT IS HEREBY CERTIFIED THAT THE COFFEE DESCRIBED ABOVE WAS GROWN IN THE COUNTRY NAMED IN BOX 5 AND HAS BEEN EXPORTED ON THE DATE SHOWN BELOW
POR EL PRESENTE SE CERTIFICA QUE EL CAFE ARRIBA DESCRITO FUE COSECHADO EN EL PAIS QUE SE INDICA EN LA CASILLA 5 Y EXPORTADO EN LA FECHA QUE SEGUIDAMENTE SE HACE CONSTAR.

01/04/07
... A ANGUIATL
OFICIAL ADUANERO

| Date
Fecha
Place
Localidad
Signature of authorized Customs officer
Customs stamp of issuing country
Firma del funcionario de Aduanas autorizado
y sello de la Aduana del país emisor | Date
Fecha
Place
Localidad
Signature of authorized Certifying officer and
stamp of Certifying Agency
Firma del funcionario autorizado del Organismo Certificante
y sello del Organismo Certificante |

PART B:    RESERVED FOR 2-D BAR CODE STICKER
PARTE B:   RESERVADO PARA LA ETIQUETA ADHESIVA CON EL CODIGO DE BARRAS 2-D

17

Se ajusta a las normas óptimas de defecto y humedad

17/04/07

| 1. Goods consigned from (exporter's business name, address, country)<br><br>COOPERATIVA CUZCACHAPA DE R.L.<br>CANTON GALEANO, CHALCHUAPA<br>SANTA ANA, EL SALVADOR C.A.<br>NIT: 0203-311066-001-9 | Reference No.  210/P-15755<br><br>GENERALIZED SYSTEM OF PREFERENCES<br>CERTIFICATE OF ORIGIN<br>(Combined declaration and certificate)<br>FORM A |
|---|---|
| 2. Goods consigned to (consignee's name, address, country)<br><br>TO ORDER – BELGIUM | Issued in __EL SALVADOR, C.A.__<br>(country)<br><br>See notes overleaf |
| 3. Means of transport and route (as far as known)<br><br>ROUTE: ANGUIATU/EL SALVADOR– SANTO TOMAS DE<br>CASTILLA/GUATEMALA – ANTWERP/BELGIUM<br><br>TRANSPORT: BY SEA BY LAND | 4. For official use |

| 5. Item number | 6. Marks and numbers of packages | 7. Number and kind of packages; description of goods | 8. Origin criterion (see notes overleaf) | 9. Gross weight or other quantity | 10. Number and date of invoices |
|---|---|---|---|---|---|
| 1 | DOS PINOS<br>R.G.<br>09-030-36<br>LOT. 2-53<br>LOT. 2-54<br>LOT. 2-55<br>LOT. 2-56<br>LOT. 2-57<br>LOT. 2-58<br>LOT. 2-59<br>LOT. 2-60 | 2,200 BAGS WASHED EL SALVADOR GREEN COFFEE<br>HIGH GROWN 2006/2007 CROP WEIGHT FOR<br>BAG 69.72 Kg.<br><br>H.S. 0901.11<br><br>VALUE US $ 363,495.00 | "P" | 153,384 Kg.<br>N.W<br>151,800 Kg | 27.03.07 |

| 11. Certification<br>It is hereby certified, on the basis of control carried out, that the declaration by the exporter is correct.<br><br>2 7 MAR. 2007<br>Place and date, signature and stamp of certifying authority | 12. Declaration by the exporter<br>The undersigned hereby declares that the above details and statements are correct; that all the goods were<br>produced in __El Salvador, Central America__<br>(country)<br>and that they comply with the origin requirements specified for those goods in the Generalized System of Preferences for goods exported to<br>__Belgium__<br>(importing country)<br><br>Chalchuapa, 27 th March 2007<br>Place and date, signature of authorized signatory |

12018

Página No. 1 de  1

**MINISTERIO DE AGRICULTURA Y GANADERIA**
**DIRECCION GENERAL DE SANIDAD VEGETAL Y ANIMAL**
REPUBLICA DE EL SALVADOR, C.A.
CERTIFICADO FITOSANITARIO PARA LA EXPORTACION
DIVISION DE CERTIFICACION FITOZOOSANITARIA PARA EL COMERCIO

No. Reg.: 0700042116

PARA ORGANIZACION DE PROTECCION FITOSANITARIA DE BELGICA
DE ORGANIZACION DE PROTECCION FITOSANITARIA DE EL SALVADOR

**I. DESCRIPCION DEL ENVIO**

Nombre y Dirección del Exportador : COOPERATIVA CUSCACHAPA LTDA.- CARRETERA AL COCO, CANTON GALEANO, CHALCHUAPA, SANTA ANA, EL SALVADOR

Nombre y Dirección declarados del Destinatario : TO ORDER-BELGIUM - BELGIUM, BELGICA

Número y Descripción de los Bultos : 2200 SACOS
Marcas Distintivas : DOS PINOS
Lugar de Origen : EL SALVADOR
Medios de Transporte Declarado : TERRESTRE/MARITIMO
Punto de Salida Declarado : ANGUIATU, EL SALVADOR

| Nombre del Producto | Nombre Botánico de las Plantas | Cantidad Declarada |
|---|---|---|
| CAFE ORO LAVADO | Coffea arabica l. | 3,300.00 QUINTAL |

Por la presente se certifica que las plantas, productos vegetales u otros artículos reglamentados descritos aquí se han inspeccionado y/o sometido a ensayo de acuerdo con los procedimientos oficiales adecuados y se considera que están libres de las plagas cuarentenarias especificadas por la parte contratante importadora y que cumplen los requisitos fitosanitarios vigentes de la parte contratante importadora, icluidos los relativos a las plagas no cuarentenarias reglamentadas.
Se considera que están sustancialmente libres de otras plagas.

**II. DECLARACION ADICIONAL**

**III. TRATAMIENTO DE DESINFESTACION O DESINFECCION**

Fecha: _____          Tratamiento: _____
Producto Químico : _____

Duración y Temperatura : _____
Concentración : _____

Información Adicional : _____

Lugar y Fecha de Expedición : SAN SALVADOR, 27/03/2007
Nombre del Funcionario Autorizado : _____

1 - ABR. 2007

(Sello de la Organización) A.                    (Firme)

Esta Organización, División de Certificación Fitozoosanitaria para el Comercio de la Dirección General de Sanidad Vegetal y Animal del Ministerio de Agricultura y Ganadería, El Salvador , y sus funcionarios y representantes, declinan toda responsabilidad financiera resultante de este certificado

ORIGINAL /



# CONSEJO SALVADOREÑO DEL CAFE

SAN SALVADOR, EL SALVADOR, C.A.

## PERMISO DE EXPORTACION

No. 0768/12768

Cosecha 06/07    Inscripción No. 00917

Contrato No. 210/P-15755

PERMITASE A : SOC. COOPERATIVA CUZCACHAPA DE R.L.
EXPORTAR : DOS MIL DOSCIENTOS

con código de exportación No. 0030
sacos de café

de 69 kilos netas cada uno por un total de 151,800.00 kilos de la clase LAVADOS
amparado con la marca registrada DOS PINOS

tipo HG    y preparación
para embarcar

en el mes de APR    de 20 07 en ANGUIATU    y con destino
a :

COMPRADOR :

precio fob :
dólares de los EE.UU. por quintal de café oro de 46 Kgs.

Este permiso de exportación caduca
de cumplirse y sujeto a las disposiciones que se dicten contenido a
tratados y pactos internacionales relacionados con el café.
REFRENDADO

ADUANA ANGUIATU
AUTO 0642-220284-1019 D.G.A.
OFICIAL ADUANERO

San Salvador, 27 de MARZO de 20 07

2 7 MAR 2007

DELEGADO DEL MINISTERIO DE HACIENDA

ORIGINAL



**COOPERATIVA CUZCACHAPA DE R.L.**
CARRETERA AL GOLFO, COLO... LA CUZCACHAPA, CANTON GALEANO
CHALCHUAPA, DEPARTAMENTO DE SANTA ANA, EL SALVADOR.
Tels: (503) 2444-0206, 2444-0042,
2444-0052. FAX (503) 2444-0571

Chalchuapa, ___ 27 ___ de Marzo de 2007.

FACTURA DE EXPORTACION
N° 0000267
NIT: 0209-310196-001-8
N.R.C. 14874-8

CONTRATO No. **210/ P-15755** _____ FACTURA No. _____

Sr. **LOUIS DREYFUS CORPORATION**

20 WEST PORT ROAD

WILTON, CONNECTICUT, 06897-0810

Café de El Salvador
*Tierra y aroma*

A COOPERATIVA CUZCACHARA DE R.L. _____ DEBEN

FACTURA de **DOS MIL DOSCIENTOS** _____

OROU LAVADO embarcandose en el puerto de **ACAJUTLA? LAS DE CASTILLA** _____

por vapor _____ con fecha _____

y conducido a _____ según conocimiento No. _____

| MARCAS | SACOS | Qintales Esp. | C A L I D A D | Precio por QQ FOB | TOTAL |
|--------|-------|---------------|---------------|-------------------|-------|
|        |       | 3             |               | $116.15           |       |

Por Cooperativa Cuzcachapa
(Firma y Sello)

República de El Salvador
Ministerio de Hacienda

**DECLARACION DE MERCANCIAS**

1) No. 2007/08/1/15726/

No. BCR 07000 42116

2) Número de Página 1 de 1

| 3) | 4) Fecha Aceptación: | 5) Código Aduana: | 6) Código Régimen: | 7) No. Manifiesto: | 8) Fecha Marif.: |
|---|---|---|---|---|---|
| | | 008 | EX 1000000 | 002 | |

| 9) Documento Transporte | 10) Cód. Bodega y Ubicación: | 11) Cód. Despachante: | 12) Nombre o Razón Social del Declarante: |
|---|---|---|---|
| 6R1001849 | | | COOPERATIVA CUSCACHAPA LTDA. |

| 13) NIT Declarante: | 14) NRC Declarante: | 15) Cód. País Proc./Dest.: | 16) Cód. Transporte: | 17) Cód. Dep. Aduanas: |
|---|---|---|---|---|
| 0203311060019 | 4674-4 | 058 | 5 | |

| 18) No. Declaración Valor: | 19) Total Peso Bruto (Kgs.): | 20) Total No. Bultos: | 21) Cód. de Bultos Utilizados: |
|---|---|---|---|
| | 153,384.00 | 2200 | SA |

| 22) Total FOB US$: | 23) Total Flete US$: | 24) Total Prima Seguro US$: | 25) Total Otros Gastos US$: | 26) Total CIF US$: |
|---|---|---|---|---|
| 363,495.00 | 0.00 | 0.00 | 0.00 | 363,495.00 |

| 27) Números y Fechas de Facturas: | 28) Códigos de Documentos Adjuntos: |
|---|---|
| 000076 (27/03/2007) | 002,017,035 |
| | 29) Número Certificado Verificación: |

| 30) No. de Item | 31) Código Arancelario: | 32) Descripción Comercial de la Mercancía: |
|---|---|---|
| 1 | 09011130         000 | 3,300.00 QUINTAL |

| 33) Peso Neto en Kgs.: | 34) Peso Bruto en Kgs.: | CAFE ORO LAVADO |
|---|---|---|
| 151,800.00 | 153,384.00 | |

| 35) Cód. País Origen: | 36) Cód. Unid. Med.: | 37) Cantidad: | 38) FOB en US$: | 39) Flete en US$: | 40) Seguro en US$: |
|---|---|---|---|---|---|
| .22 | 019 | 3,300.00 | 363,495.00 | 0.00 | 0.00 |

| 41) Otros Gtos. US$: | 42) CIF en US$: | 43) %DAI: | 44) Monto DAI (en  US$): | 45) Monto DAI (Colones): | 46) Monto IVA (en US$): |
|---|---|---|---|---|---|
| 0.00 | 363,495.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| 47) Declaración Anterior | | | | Código Aduana: | 55) Protesto Bajo Juramento que lo Declarado es Verdad: | 56) Legalización de Aduanas: |
|---|---|---|---|---|---|---|
| A | C | D | O | | | |
| Régimen: | | No. Declaración: | | Fecha Aceptación: | | |

| 48) Liquidación: | No. | Fecha: | 49) T/C: |
|---|---|---|---|
| | | | |

LUIS MONTENEGRO
Nombre, Firma y Sello; Declarante
o Despachante de Aduanas

Firma y Sello Contador
Vista

| 50) Tributo | 51) Valor a Pago - US$ | 52) Monto en Garantía - US$ | 53) Monto Exento - US$ | 57) Reservado Entidad Colectora: |
|---|---|---|---|---|
| D.A.I | | | | Monto Interés |
| Específicos | | | | |
| I.V.A. | | | | |
| Tasas | | | | |
| I.V.A. Serv. | | | | |
| Multas: | | | | Total Recaudado |
| Otros | | | | (Dólares) |
| 1) TOTAL | | | | |

Administrador o
Sub-administrador

58) Control de Pago
No.
Fecha :

59) Observaciones:

02

RESERVADO BCR

Registro No. 0700042116
Fecha de Emisión: 27/03/2007        CENTREX -BCR
SICEX

Firma y Sello

**DUPLICADO - CLIENTE**



Gladys favor ingresar el caso al ICS

Atte saludos

Allan G. Neilson
Cargo Loss Prevention
CSAV Insurance Department
aneilson@csav.com
Duty Cell:  8-901-2899
Ph. 56 32 2203157

_____/

                    "Oscar
                    Valladares"              To:
<cargodamage.cl@csav.com>, <jruiz@csav.com>
                    <ovalladares@carg      cc:
<aneilson@csav.com>, <cargodamage.cl@csav.com>,
                    o.com.sv>
<csav@cargo.com.sv>, "'Ernesto Moreno'"        "'CSAV VM'"

<erey@csavgroup.com>,                          <emoreno@gruporemor.com.sv>,

                    04/02/2007 06:38           <etirado@csav.com>,
<hmoggia@csav.com>,
                    PM                         <jclaverie@csav.com>,
<jroses@csav.com>,
                                               <valvarado@cargo.com.sv>,
"'Susana Argueta'"
                                               <sargueta@cargo.com.sv>

                                           Subject:  Robo de contenedor
FSCU341183-2


Buenos dias Javier,

BL 6HA001847
Embarcador: COOPERATIVA CUZCACHAPA DE R.L.
Consignatario: LOUIS DREYFUS COFFEE
Contenedor FSCU341183-2


Lamento informarte que el día de 01 de abril por la tarde el contenedor en
referencia fue robado en las cercanias de Puerto Santo Tomas de Castilla
(Guatemala). El motorista era Roberto Ramirez.

A las 10:00 a.m fuimos notificados por nuetro transportista. En estos
momentos estamos en los tramites policiales y en busqueda del cabezal y del
contenedor a traves de la policia nacional de Guatemala.

Te mantendremos informado en relacion al tema,

Saludos
Oscar Valladares

_____ Información de NOD32, revisión 2167 (20070403) _____

Este mensaje ha sido analizado con NOD32 antivirus system
http://www.nod32.com

----- Forwarded by Gladys Ahumada/Chile/CSAV on 09/08/2007 14:59 -----

 **Gladys Ahumada**
19/07/2007 17:15

    To: "Oscar Valladares" <ovalladares@cargo.com.sv>
    cc: Cargo Loss and Damage/Chile/CSAV@CSAV_VAP, Allan
        Neilson/Chile/CSAV@CSAV_VAP
Subject: Fw: Robo de contenedor FSCU341183-2
         NREF. 20070919



Oscar,

Necesitamos respuesta urgente, como asimismo enviarnos copia de la notificación de responsabilidad al
Transportista Terrestre.

Gladys Ahumada R.
CSAV Insurance Dept
Email: gahumada@csav.com
Fax 56-32-203935 - Phone 56-32-203450

----- Forwarded by Gladys Ahumada/Chile/CSAV on 19/07/2007 17:13 -----

**Gladys Ahumada**
04/07/2007 09:18

    To: "Oscar Valladares" <ovalladares@cargo.com.sv>
    cc: Cargo Loss and Damage/Chile/CSAV@CSAV_VAP, "'CSAV VM'"
        <csav@cargo.com.sv>, "'Ernesto Moreno'"

<csav@cargo.com.sv>, "'Ernesto Moreno'"
o.com.sv>
"'CSAV VM'"

<emoreno@gruporemor.com.sv>,

<erey@csavgroup.com>,

04/02/2007 06:38

<etirado@csav.com>,

<hmoggia@csav.com>,

PM

<jclaverie@csav.com>,

<jroses@csav.com>,

<valvarado@cargo.com.sv>,

"'Susana Argueta'"

<sargueta@cargo.com.sv>

Subject:   Robo de contenedor

FSCU341183-2

Buenos dias Javier,

BL 6HA001847
Embarcador: COOPERATIVA CUZCACHAPA DE R.L.
Consignatario: LOUIS DREYFUS COFFEE
Contenedor FSCU341183-2

Lamento informarte que el día de 01 de abril por la tarde el contenedor en
referencia fue robado en las cercanias de Puerto Santo Tomas de Castilla
(Guatemala). El motorista era Roberto Ramirez.

A las 10:00 a.m fuimos notificados por nuetro transportista. En estos
momentos estamos en los tramites policiales y en busqueda del cabezal y del
contenedor a traves de la policia nacional de Guatemala.

Te mantendremos informado en relacion al tema,

Saludos
Oscar Valladares

_____ Información de NOD32, revisión 2167 (20070403) _____