LAWYERS' AND MERCHANTS' TRANSLATION BUREAU, INC.
Legal, Financial, Scientific, Technical and Patent Translations
11 BROADWAY
NEW YORK, NY 10004

# Certificate of Accuracy

**TRANSLATION**

From SPANISH into ENGLISH

STATE OF NEW YORK
COUNTY OF NEW YORK } S.S.:

On this day personally appeared before me Marie-Louise McKeon who, after being duly sworn, deposes and states:

That Marie-Louise McKeon is a translator of the Spanish and English languages by profession and as such connected with the **LAWYERS' & MERCHANTS' TRANSLATION BUREAU;**

That Marie-Louise McKeon is thoroughly conversant with these languages;

That Marie-Louise McKeon has carefully made the attached translation from the original document written in the Spanish language; and

That the attached translation is a true and correct English version of such original, to the best of Marie-Louise McKeon's knowledge and belief.

Marie-Louise McKeon

SUBSCRIBED AND SWORN TO BEFORE ME THIS

DEC 13 2007

Susan Tapley

Susan Tapley
Notary Public, State of New York
No. 01TA4999804
Qualified in Queens County
Certificate filed in New York County
and Kings County
Commission Expires July 27, 2010

GENERAL DEPARTMENT OF
THE NATIONAL CIVIL POLICE
REPUBLIC OF ...

61st POLICE HEADQUARTERS,
PTO. BARRIOS, IZABAL
STATION 612, MORALES, IZABAL
SUB-STATION 6421, MORALES, IZABAL

OFFICIAL COMMUNICATION No.: 092-2007
REF.: .../...

Assistant District Attorney
Office of the Public Prosecutor
Morales, Izabal
His office

Dear Sir:

I am writing to you in order to advise you that today at 12:00 p.m. in the ... office of this police sub-station, a man appeared who stated that he is and is described as follows:

JOSE ... RAMIREZ FLORES: 35 years of age, single, a trained automobile driver, born in and a resident of ..., Colon La Libertad of the Republic of El Salvador, son of Juan Ramirez and of Juana Flores; he presented personal identity documents.

HE STATED: that yesterday at 3:05 p.m., ... when he was driving on kilometer 243 of the Atlantic Route, he came upon Cab C-100394, color: beige, of international make, sole information, which was hauling container No. FSCU341183-2, color: brown, sole information, which was transporting CA... inside of it, which was heading for the Port of Santo Tomas de ...tilla, but it so happened that upon arriving at the said kilometer, two vehicles blocked his way, a white pick-up and a blue car being the sole information, from which six

individuals got out, of unknown description, bearing firearms of unknown caliber, who robbed the cab and the said container under threat of death, taking it to an unknown destination; furthermore, the declarant stated that he was taken in one of the vehicles to the Municipality of Rio ...de ... where he was abandoned; In addition, the declarant did not know the amount that was stolen.

Therefore, he asked that your office be advised of this, being notified to appear in your office during business hours in order to approve what is stated above.

Very truly yours,

Morales, Izabal, April 2, 2007

Officer III of the National Civil Police
[Signed/Signature]
[illegible name]
Sub-Station Chief

[Illegible Police Station stamp]

GENERAL DEPARTMENT OF  
THE NATIONAL CIVIL POLICE

61st POLICE HEADQUARTERS  
PTO. BARRIOS, IZABAL, 61ST  
STATION LIVINGSTON, IZABAL  
SUB-STATION 6152, RIO DULCE

REF.: 000/jrd  
Official Communication No. 40-2007

MUNICIPAL DISTRICT ATTORNEY  
OFFICE OF THE PUBLIC PROSECUTOR  
MORALES, IZABAL  
HIS OFFICE

Dear Sir:

I am writing to you in order to advise you that today, it being 4:30 p.m., National Civil Police Agents Hugo Rene Hernandez Ramos and Erick Wilfredo Grave Mazariegos advised the following in writing:

That today, it being 12:30 p.m., when they were carrying out a routine run in the center of this village, they spoke with Mr. MAURICIO ALFONSO CALL ROSALES, 57 years of age, of Salvadoran nationality, who indicated to them that at approximately kilometer 26 he found a cab-type vehicle that was abandoned, color: beige, with Salvadoran plates C-100394, hauling a black trailer with its respective container number FSCU341183-2, color: red, with license plates RF10519, with the cabin semi-destroyed and panel of the cabin semi-detached, completely empty, parked on the edge of the asphalt strip, showing a photocopy of the vehicle card of said cab, indicating that he owns it, inasmuch as the cab had been stolen in the jurisdiction of the Municipality of Amates, Izabal, by unknown individuals bearing firearms of unknown caliber yesterday, and that

hours before he had filed the theft report at the Sub-Station of the Municipality of Morales, where they gave notice to the Public Prosecutor's office of said jurisdiction in Official communication number 092-2007, so that said vehicle remained in the possession of the owner.

Respectfully yours,

Village of Rio Dulce, Livingston, Izabal, April 2, 2007

NATIONAL CIVIL POLICE INSPECTOR
[Signed/Signature]
OBDULIO ORELLANA ORELLANA
CHIEF OF SUB-STATION No. 6152

[Stamp reading:]
RIO DULCE SUB-STATION
61st POLICE HEADQUARTERS

| DIRECCION GENERAL DE LA POLICIA NACIONAL CIVIL | COMISARIA 61ª, PTO BARRIOS, IZA ESTACION 61ª LIVINGSTON, IZAB SUB ESTACION 6152ª RIO DULCE |
|---|---|

REF. OOO/jrd
Oficio No. 40-2,007

SEÑOR
FISCAL MUNICPAL, MINISTERIO PUBLICO
MORALES, IZABAL
SU DESPACHO

Atentamente me dirijo a usted con la finalidad de informarle que el dia de hoy siendo las 16:30 horas, los Agentes de PNC Hugo René Hernández Ramos y Erick Wilfredo Grave Mazariegos, informaron por escrito lo siguiente.

Que hoy siendo las 12:30 horas, cuando se encontraban efectuando un recorrido de rutina en el centro de esta Aldea ante ellos se aboco el señor MAURICIO ALFONSO CALL ROSALES, de 57 años de edad de Nacionalidad Salvadoreña, indicándoles que en el kilómetro 269 aproximadamente encontró abandonado un vehículo tipo cabezal color Beige, con placas Salvadoreñas C-100394, halando una rastra color negro con su respectivo contenedor numero FSCU541183-2, color rojo, con las placas RF10519, con la cabina semi destruida y tablero de la cabina semi desmantelado, completamente vació, estacionado a la orilla de la cinta asfáltica, presentando una fotocopia de la tarjeta de circulación de dicho cabezal, indicando que es de su propiedad, ya que el cabezal había sido robado en la jurisdicción del Municipio de Amates, Izabal, por individuos desconocidos portando armas de fuego de calibre ignorado el día de ayer y que horas antes había puesto la denuncia del robo en la Sub Estación del municipio de Morales, en donde informaron al Ministerio Publico de dicha jurisdicción en el Oficio numero 092-2,007, por lo que dicho vehículo quedo en poder del propietario.

De usted, deferentemente

Aldea Río Dulce, Livingston, Izabal 02 de Abril del 2,007

SUB ESTACION RIO DULCE
61a.COMISARIA

EL INSPECTOR DE PNC
OBDULIO ORELLANA ORELLANA
JEFE DE SUB ESTACION 6152ª

DIRECCION GENERAL DE LA POLICIA NACIONAL CIVIL REPUBLICA DE GUATEMALA

[illegible] COMISARIA [illegible] IZABAL, [illegible] ESTACION [illegible] IZABAL, [illegible] MORALES, IZABAL.

OFICIO No. 052-2,007
REF. [illegible]/gcm.

Señor:
Fiscal Distrital Adjunto,
Ministerio Público,
Morales Izabal,
Su Despacho.

Atentamente me dirijo a usted, con la finalidad de informarle que el día de hoy a las 12[illegible] horas a la Oficina de Atención Ciudadana de ésta Sub-Estación Policial compareció el señor quien [illegible] y por de sus generales [illegible]:

[illegible] de [illegible] años de edad, soltero, [illegible] Automovilista, originario y residente de [illegible] la Libertad de la República de El Salvador, hijo de Juan [illegible] y de [illegible], no presenta documento de identificación Personal.

MANIFESTANDO: que el día [illegible] a las [illegible] horas, aproximadamente [illegible] circulaba por el kilómetro 2[illegible] de la ruta al Atlántico [illegible] del Cabezal [illegible] [illegible] internacional, [illegible] el cual [illegible] el contenedor [illegible] [illegible], [illegible] en su interior [illegible], que [illegible] con destino al Puerto de Santo Tomás de Castilla, [illegible] en el [illegible] que al llegar al kilómetro [illegible] la interceptaron el paso dos vehículos un pick up color blanco y un automóvil color azul [illegible], de los cuales descendieron [illegible] individuos desconocidos quienes portaban armas de fuego [illegible] [illegible] y [illegible] en [illegible] con rumbo [illegible], así mismo indica el denunciante que fue llevado en uno de los vehículos al [illegible] de Río [illegible] [illegible], así mismo el denunciante [illegible] el monto de lo robado.

Por tal motivo solicito [illegible] del conocimiento a su Despacho quedando prevenido a comparecer a su despacho en días y horas hábiles a ratificar lo antes expuesto.

De usted, Deferentemente,

Morales Izabal, 02 de abril del año 2,007.

EL OFICIAL III de Policía Nacional Civil.

[illegible],
Jefe de la Sub-Estación.



San Salvador, 09 de Abril de 2007
**Ref. Nbr. 001/2007**

Messrs
Terminales Maritimas del Pacifico
San Salvador, El Salvador
Attn: Mauricio Call

**NOTICE OF RESPONSIBILITY**

***Ref.: MV CMA CGM CORTES – Voy 7310N***
***B/L Nbr.: 6HA001847***
***POL/POD: GTSTC / BEANR***
***Container: FSCU-341183-2***
***Commodity: 275 coffee bags***
***Nature of Claim : Stolen container***
***Our Ref.: 001/07***

Dear Sirs,

On behalf of our principals CSAV, we hold you fully responsible of the robbery occurred to the above mentioned shipment

We hereby declare that we reserve our rights to recover from Terminales Maritimas del Pacifico all costs, expenses, legal costs and any consequential losses that we/our principals may suffer as a result of this incident

For your better guidance, please find enclosed to this Letter of Notice, the following documents:

- CSAV Bill of Lading

Please acknowledge receipt of this notice and enclosures by signing and returning to us the duplicate copy of same

Yours faithfully,

SERMARSA
Oscar Valladares
Line Manager
**As Agents for CSAV only**

Recibida 13-4-07

Enclosed: as stated
Cc: CSAV – Liner and Claims Division

Boulevard El Hipódromo,
Edificio Gran Plaza
Local 104, Zona Rosa,
San Salvador, El Salvador
Tel.: (503) 2510-8599
Fax: (503) 2279-0519

SudAmericana de Vapores
www.csav.com