

Home > Coffee > Locations

# Coffee

Overview
Capabilities
Locations
Leadership
Contacts

Offices and Facilities

**Coffee Offices and Facilities**
Principal trading offices are located in Geneva, Wilton (USA) and São Paulo. Coffee activities are also supported from offices in the United States, Peru, Mexico, Colombia, Guatemala, Vietnam, Indonesia, Thailand, India, Uganda, Ethiopia and Spain.
>>Go To Coffee Map

**Europe**
LDCommodities in Geneva coordinates Asian and African arabica and robusta origination and sales and marketing into Europe, North Africa and Asia. This office is an active trader in the LIFFE futures market. A wholly owned subsidiary in Madrid, Coffee Agency, is responsible for the Spanish market.

**Asia**
LDCommodities is the world's largest Asian coffee trader with an extensive origination presence in Vietnam, Indonesia and India via both wholly owned subsidiaries and exclusive agents. The company operates warehousing in Ho Chi Minh and Lampung. Asian operations are coordinated from Geneva.

**Africa**
LDCommodities originates washed and unwashed arabicas from Uganda and Ethiopia via exclusive agents. The company operates warehousing in Uganda. African operations are coordinated from Geneva.

**North America**
LDCommodities in Wilton (Connecticut) is the primary sales arm for the United States and Canadian coffee markets. This office handles origination of mild coffees from Central and South America and is an active trader in the NY "C" market. Through Zephyr Green Coffee, it now has a presence in the specialty coffee market, supplying coffee to clients worldwide.

**Colombia, Central America, Mexico and Peru**
LDCommodities originates green coffee in all the major producing countries including Colombia, Guatemala, Honduras, Mexico and Peru. Annual volumes are in excess of 100,000 metric tons annually. The company sources green coffee through its network of company-owned facilities as well as through agents and supply agreements.

LDCommodities is a major trader of Mexican coffee through its subsidiary Compromex SA, which is one of the leading companies by annual volume. LDCommodities Peru, a wholly owned subsidiary, operates two mills in Peru and is also a leading exporter. LDCommodities has tolling agreements in place in Colombia and in Honduras to directly source green coffee for export. The emphasis is on developing relationships, identifying unique coffees and maintaining quality throughout the export process.

**Brazil**
LDCommodities originates in all coffee growing regions in Brazil. With access to coffee beans from diverse areas, it is able to provide various blends of the finest coffee produced in the country to the world market. LDCommodities operates one of the largest warehouse and processing facilities in Brazil in Varginha — Minas Gerais. This efficient coffee storage and processing facility has sophisticated equipment to stock, clean, classify and select coffee according to quality and taste.

Strategically located in main coffee growing regions of Brazil, it counts on warehouses and offices for direct purchasing in the States of Minas Gerais, Espirito Santo, São Paulo and Rondônia. The company acquires processed green coffee beans from the producers, and these beans undergo a second processing to meet export standards.



| Risk Management. Reinsurance. Human Capital Consulting. | Home \| Site Map \| Contact Us | ›Search |

| About Aon | ▓ Risk Management | ▓ Human Capital Consulting | ▓ Reinsurance | ▓ Industry Expertise |

> About Aon > Aon Corporation

## Aon Corporation



**About Aon**

**Aon Corporation**
Corporate Governance
History and Facts
Business Structure

Headquartered in Chicago, Aon Corporation is a leading provider of risk management services, insurance and reinsurance brokerage, human capital and management consulting, and specialty insurance underwriting. A key advantage is our broad view of the insurance industry. With an employee base of 43,000 people working in 500 offices in more than 120 countries, we can anticipate how changes in one sector can impact another, empowering us to integrate our services while leveraging our expertise across hundreds of disciplines around the world.

One of our core values is always maintaining a client focus. We recognize the unique needs of different client groups and our professionals specialize by product, function, and client industry – all coordinated by strategic account managers, or relationship managers, who factor in a holistic view of the client's needs. By truly listening to our clients and working with them as a partner, we can best develop solutions that work seamlessly with their business. Only in this manner can we help clients uncover risks and discover new opportunities to make their businesses more successful, now and into the future.

- Corporate Governance. Information about Aon's corporate governance
- History and Facts. Aon's strategic growth and business highlights
- Business Structure. Aon's integrated businesses work together to benefit our clients

*Last updated 10 May 2006*

[ About Aon | Risk Management | Human Capital Consulting | Reinsurance | Industry Expertise ]
[ Home | Site Map | Contact Us | Legal | Privacy ]