567-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
ALPHA SHIP GMBH & CO KG MS'NEPTUN'
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOUIS DREYFUS CORPORATION,                    07 CV 6622 (WHP)
                                Plaintiff,

                                              **NOTICE OF MOTION**

    - against -

M/V CMA CGM CORTES, her engines,
Boilers, tackle, etc., ALPHA SHIP MANAGEMENT
GMBH & Co., KG, ALPHA SHIP GMBH & CO,
KG MS'NEPTUN', COMPANIA SUD AMERICANA
DE VAPORES S.A. (C.S.A.V.)

                                Defendants.
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed Rule 56.1 Statement of Undisputed Facts, the accompanying Memorandum of Law and the pleadings and proceedings previously filed herein, ALPHA SHIP GMBH & CO KG MS'NEPTUN' (hereinafter, "ALPHA"), will move this Court before the Honorable William H. Pauley in Courtroom 11-D of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, on May 16, 2008 at 10:30, for an Order dismissing the claims of Plaintiff LOUIS DREYFUS CORPORATION pursuant to Fed. R. Civ. P. 12 or, in the alternative, for an Order granting ALPHA Summary Judgment pursuant to Fed. R. Civ. P. 56, and for such other relief as may be just and proper under

NYDOCS1/302597.1

the circumstances.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the agreed motion schedule, opposition papers, if any, are to be served and filed on or before April 25, 2008, with reply papers due on May 2, 2008.

Dated:     New York, New York
           April 11, 2006.

                                  FREEHILL, HOGAN & MAHAR, LLP
                                  Attorneys for Defendant
                                  ALPHA SHIP GMBH & CO KG MS'NEPTUN'

                                  By: _____
                                  Michael E. Unger (MU 0045)
                                  80 Pine Street
                                  New York, New York 10005-1759
                                  (212) 425-1900

TO:    KINGSLEY, KINGSLEY & CALKINS
          Attorneys for Plaintiff
          91 West Cherry Street
          Hicksville, New York 11801
          Attn: Steven P. Calkins, Esq.
          (516) 931-0064

          MAHONEY & KEANE, LLP
          Attorneys for Defendant
          CSAV
          111 Broadway, 10th Floor
          New York, New York 10006
          Attn: Edward A. Keane, Esq.
          (212) 385-1422
          File No.: 43/3451/B/07/8