FROM : COOPERATIVA CUZCACHAPA
12/19/07 11:40 FAX 203 761 4724     LDC COFFEE
Case 1:07-cv-06622-WHP    Document 26-278    Filed 04/25/2008    Page 1 of 1    P1

**LouisDreyfus**

Purchase Contract

Louis Dreyfus Corporation    Telephone 203 761-2020
20 Westport Road            Fax 203 761-2029
P.O. Box 810
Wilton, CT
06897-0810                 Date: December 26, 2006
Coffee & Cocoa Division    Buyer No P015755

We confirm having bought from you the following:

**Buyer:**
Louis Dreyfus Corporation
Coffee Division
20 Westport Road
Wilton,
CT 06897-0810    U.S.A.

**Seller:**
Sociedad Cooperativa Cuzcachapa de R.L.
Canton Galeano,
Chalchuapa,
Santa Ana   El Salvador

**Quantity:**
2,200 bags each weighing about 69 Kg.

**Description:**
El Salvador High Grown, U.S. Preparation Coffee, Max 12 Defects; 2006/07 Crop

**Quality:**
SAS pre shipment; no approval replace. Heavy bags: Min tare 700+ grams on arrival

**Shipment:**
March 2007

**Destination:**
Worldwide Open

**Terms:**
Free on Truck at Mill

**Price:**
Price to be fixed at 2.75 USD per 46KG under basis NY "C" May 2007 with the sale of 9 lots; Seller's option to price fix prior to first notice day.

**Payment:**
Net Cash against Documents upon first and full presentation

**Weights:**
Shipped Weights, 1/2 % franchise in weight

**Conditions:**
1. Price fixing orders through "Against Actuals" futures to be within the trading range of the relevant day. All price fixing orders to be advised verbally. 2. Buyer to nominate vessel line.
3. Documents presented prior to price fixing shall be paid at 80 per cent of the contract value on the Bill of Lading date; balance to be settled upon price fixation. A decrease in contract value below this provisional amount shall entitle Buyer to immediate margin payment.
For destination U.S.A. or Canada: this contract incorporates the provisions, terms and conditions of the F.O.B., C.I.F. & C. & F. Coffee Contract of the Green Coffee Association of New York City, Inc., effective May 1, 2002, and on the above particular conditions which override all others.
For destination Europe or World: this Contract incorporates the terms and conditions of the European Contract for Coffee in force at the time of the conclusion of the contract and on the above particular terms and conditions which override all others. Arbitration: Hamburg; in private under the terms of the Deutschen Kaffee-Verbandes.

Accepted For Buyer:
Louis Dreyfus Corporation

Stephen Veras
Date: 10/06/06

Accepted For Seller:
Sociedad Cooperativa Cuzcachapa de R.L.

Date: