Louis Dreyfus Corporation  Telephone 203 761-2020
20 Westport Road  Fax 203 761-2029
P.O. Box 810
Wilton, CT
06897-0810

Coffee & Cocoa Division

# Shipping Instruction #: 13971

Date: 02/27/2007

Our Reference: P015755

To: Sociedad Cooperativa Cuzcachapa de R.L.
Canton Galeano,
Chalchuapa,
Santa Ana  El Salvador

On the above referenced contract(s), we submit the following shipping instructions. Please contact the respective agent to confirm this booking.

**Shipper:** Sociedad Cooperativa Cuzcachapa de R.L., Santa Ana

**Shipment Period:** March 2007

**Line:** CSAV

**B/L Terms:** FOT/CY

**Consignee:** "TO THE ORDER OF LOUIS DREYFUS COFFEE"

**Notify Party:** Louis Dryefus Coffee

**Destination Port:** ANTWERP

**Total Quantity:** 2,200 BAGS El Salvador High Grown US Prep

**Other:** Other Conditions
1) CONTAINERS MUST BE FULLY LINED AND CLEAN.
2) OUR (LOUIS DREYFUS) PURCHASE CONTRACT NUMBER MUST APPEAR ON B/L
3) CARGO TO BE SHIPPED IN BAGS
4) SHIPPING ADVICE TO BE SENT IMMEDIATELY AFTER SHIPMENT
5) SERVICE CONTRACT NUMBER US-CHIW-05-0658-C019OUS TO APPEAR ON B/L FACE
6) GROSS CARGO WEIGHT (COFFEE AND BAGS) MUST BE LISTED ON B/L FOR EACH CONTAINER
7) COFFEE MUST BE SHIPPED IN BAGS WITH A MINIMUM TARE WEIGHT OF 700 GRAMS
8) *****To comply with U.S.FDA's Bioterrorism Act, we require shipment advice within 24 hours after shipment. Advice must include location and FDA registration number of facility where container was stuffed. Scan shipment advice, copy of your invoice, and copy of bill of lading. Email these docs to these 3 email addresses: david.marker@ldcommodities.com; susan.robinson@ldcommodities.com, and rose.belgodere@ldcommodities.com. If you are unable

to scan and email, fax the above mentioned documents to 203 761 2037.
If these requirements are not met, we can only accept coffee on an ex-warehouse basis. *****

Documents to be sent to:
Louis Dreyfus Corporation - Coffee Dept.
20 Westport Road
Wilton CT 06897-0810

Original Invoice (3) with full payment instructions.
Clean set original endorsed On Board Bills of Lading.
Set Non Negotiable Bills of Lading

Note: Documents may be presented at YOUR expense through:
Deutsche Bank AG New York
Trade Finance Department - Documentary Collections
60 Wall Street, 25th Floor (NYC60-2517)
New York, NY 10005

attn: Joan Jackson / Jimmy Roces

Please contact us immediately if you have any questions.


Susan Robinson
Louis Dreyfus Corp. Coffee Division