# COOPERATIVA CUZCACHAPA DE R. L.

CARRETERA AL COCO, COLONIA CUZCACHAPA, CANTON GALEANO
CHALCHUAPA, DEPARTAMENTO DE SANTA ANA, EL SALVADOR.
Teléfonos: (503) 2444-0206, 2444-0042,
2444-0052   FAX (503) 2444-0571

**FACTURA DE EXPORTACIÓN**
06SA000X
N⁰ 000076
NIT. 0203-311066-001-9
N.R.C. 4674-4

Chalchuapa, _____



Café de El Salvador
*Tómelo... y sonría*

CONTRATO No. 210/ P-15755     FACTURA No. _____

Sr. LOUIS DREYFUS CORPORATION

20 WESTPORT ROAD

WILTON, CONNECTICUT, 06897-0310

A COOPERATIVA CUZCACHAPA DE R.L.   DEBEN:

FACTURA de DOS MIL DOSCIENTOS _____ Sacos de Café en

ORO LAVADO embarcados en el Puerto de SANTO TOMAS DE CASTILLA

por Vapor _____, con fecha _____

y con destino a ANTWERP _____, según conocimiento No. _____

| MARCAS | SACOS | Quintales Españoles | CALIDAD | Precio por QQ. FOB | TOTAL |
|---|---|---|---|---|---|
| DOS PINOS H.G. 09-030-36 | 2,200 | 3,300 | CAFE ORO LAVADO COS. 06/07 | $ 110.15 | $ 363,495.00 |

Por Cooperativa Cuzcachapa de R.L.
(Firma y Sello)

MORIS ALCIDES ARÉVALO MENDOZA- IMPRENTA "EL ARCA" •NIT: 0209-100850-002-5, • NRC: 51392-0,
4a. Av. Sur 1-B, Chalchuapa • Autorización imprenta No. 302 • Fecha de Autorización imprenta: 9/09/92
Fecha de Impresión: 10/08/06 • Tiraje del 000001 al 000150 • Fecha de Resolución: 09/08/2006
Resolución No. 30106-RES-CR-04505-2006 • Serie Autorizada: de 06SA000X1 al 06SA000X150
ORIGINAL: BLANCO / DUPLICADO: CELESTE / TRIPLICADO: VERDE / CUADRUPLICADO: ROSADO / QUINTUPLICADO: AMARILLO