**LouisDreyfus**

Louis Dreyfus Corporation   Telephone 203 761-2020
20 Westport Road   Fax 203 761-2029
P.O. Box 810
Wilton, CT
06897-0810

Coffee & Cocoa Division

| Sociedad Cooperativa Cuzcachapa de R.L. | | Invoice Date | 04/20/2007 SR |
|---|---|---|---|
| Canton Galeano, | | Invoice No. | 0018564 Final Pur |
| Chalchuapa, | | Purchase | 015755 |
| Santa Ana  El Salvador | | Broker | DAURA |

| Vessel | B/L# | B/L Date | Weigh |
|---|---|---|---|
| CMA CGM Maya | 6HA001847 | 04/05/2007 | SW1/2 |

**Terms**

FOT.

| Bags | Description | KG | $/46KG | Amount |
|---|---|---|---|---|
| 1,925 | P015755 El Salvador High Grown US Prep | 132,825 | 108.25 | 312,571.88 |

| Marks | Lot No | WH Rec | Container No | Exchange | Bags |
|---|---|---|---|---|---|
| 0009/0030 /0036 | 2-54 | | TTNU 1879762 | | 275 |
| 0009/0030 /0036 | 2-53 | | FSCU 3755015 | | 275 |
| 0009/0030 /0036 | 2-60 | | IPXU 3147192 | | 275 |
| 0009/0030 /0036 | 2-56 | | AMFU 3113494 | | 275 |
| 0009/0030 /0036 | 2-57 | | AMFU 3057580 | | 275 |
| 0009/0030 /0036 | 2-59 | | IPXU 3053112 | | 275 |
| 0009/0030 /0036 | 2-58 | | IPXU 3808060 | | 275 |

Total Amount Due You = = = = = > >   $312,571.88

Payment To:   Net Cash against Documents upon first and full presentation



Louis Dreyfus Corporation  Telephone 203 761-2020
20 Westport Road  Fax 203 761-2029
P.O. Box 810
Wilton, CT
06897-0810

Coffee & Cocoa Division

*ATTN: GREG MURTAUGH*

*7 PAGES*

| | |
|---|---|
| Sociedad Cooperativa Cuzcachapa de R.L.<br>Canton Galeano,<br>Chalchuapa,<br>Santa Ana - El Salvador | |

| Invoice Date | 05/29/2007 SR |
|---|---|
| Invoice No. | 0018702 Final Pur |
| Purchase | 015755 |
| Broker | DAURA |

| Vessel | B/L# | B/L Date | Weigh |
|---|---|---|---|
| Santa Ana | 6HA001847 | 04/05/2007 | SW1/2 |

| Terms |
|---|
| FOT. |

| Bags | Description | KG | $/46KG | Amount |
|---|---|---|---|---|
| 275 | P015755<br>El Salvador High Grown US Prep | 18,975 | 108.25 | 44,653.13 |

| Marks | Lot No | WH Rec | Container No | Exchange | Bags |
|---|---|---|---|---|---|
| | | | FSCU 3411832 | | 275 |

Total Amount Due You =====>>    $44,653.13

Payment To:  Net Cash against Documents upon first and full presentation