

Thommen Intertrans AG
CH-4002 Basel / Switzerland

Phone: +41 61 270 87 70
Fax:   +41 61 270 87 77
mail@thommen-intertrans.ch

Reederei-Agenturen

# THOMMEN
# Intertrans AG

MWST/TVA-No: 293 763

ORIGINAL

LOUIS DREYFUS CORPORATION
20 WESTPORT ROAD
PO BOX 810
USA- WILTON, CT 06897-0810/USA

*We SHOULD HAVE PAID*
*$14,000*

*we did pay 12,250.00*

Basel, 31/08/2007  STEFAN HOFER

*Please pay balance $ 1,750.00*

I N V O I C E : 150366
========================
Dossier: MAYA7311N/200704480
(P015755)

M/S CMA CGM MAYA 7311N
Ausgelaufen am: 05/04/2007
Container: 8X20' DRY-VAN
Gewicht in Cont. KG 153'384.00
COFFEE

SANTA ANA - ANTWERP
B/L No: 6HA001847

Cont-No: AMFU 305 758-0   AMFU 311 349-4   FSCU 341 183-2   FSCU 375 501-5
         IPXU 305 311-2   IPXU 314 719-2   IPXU 380 806-0   TTNU 187 976-2

| Bezeichnung | Anzahl Art | Ansatz Wae | Betrag | USD-Betrag |
|---|---|---|---|---|
| AS PER CONVERSATION | | | | |
| 8 CTRS. MENTIONED | 8.000 X | 1'750.00 USD | 14'000.00 | 14'000.00 |
| 7 PAID ALLREADY | 7.000 X | 1'750.00 USD | 12'250.00- | 12'250.00- |
| ZU IHREN LASTEN | | | | |
| | | Total USD | | 1'750.00 |

Payment: With direct SWIFT to Bank CIAL (SCHWEIZ),Basel,(SWIFT
-------- address: CIALCHBB) for account of 73022.2. Coverage through
         Bank of New York, New York. To avoid expenses, please
         instruct your bank accordingly.

Wir arbeiten ausschliesslich aufgrund der Allgemeinen Bedingungen der Vereinigung Schweizerischer Reederei-Agenten, neueste Fassung
We work exclusively according to the General Terms and Conditions of the Swiss Maritime Agency Association, most recent edition