| SHIPPER (NAME AND FULL ADDRESS)<br>COOPERATIVA CUZCACHAPA DE R.L.<br>CARRETERA AL COCO, CANTON GALEANO,<br>CHALCHUAPA, SANTA ANA | | BOOKING NBR<br>6HA0001725 | SERVICE<br>LEU3 | B/L NUMBER<br>6HA001847 |
|---|---|---|---|---|
| | | EXPORT REFERENCES | | |
| CONSIGNEE (NAME AND FULL ADDRESS)<br>TO THE ORDER OF<br>LOUIS DREYFUS COFFEE | NOT NEGOTIABLE<br>UNLESS "TO ORDER OF" | FORWARDING AGENT - REFERENCES (NAME AND FULL ADDRESS / F.M.C.) | | |
| NOTIFY (NAME AND FULL ADDRESS)<br>LOUIS DREYFUS COFFEE<br>20 WESTPORT ROAD WILTON<br>CT 06897-0810 | | POINT AND COUNTRY OF ORIGIN OF GOODS | | |
| | | DOMESTIC ROUTING / EXPORT INSTRUCTIONS / ONWARD INLAND ROUTING<br>SVSTA-GTSTC Truck<br>GTSTC-BEANR EPW-CMA CGM CORTES/07310/N | | |
| PRECARRIAGE BY (Mode) (*) | PLACE OF RECEIPT BY PRECARRIER (*)<br>SANTA ANA, EL SALVADOR | | | |
| PORT OF LOADING<br>Santo Tomas de Castilla, Guate | OCEAN VESSEL (Vessel/voyage/leg)<br>CMA CGM CORTES/07310/N | | | |
| PORT OF DISCHARGE<br>Antwerp (Amberes), Belgium | PLACE OF FINAL DELIVERY BY ONCARRIER (*)<br>ANTWERP | | | |

**PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

| MARKS AND NUMBERS | Nº OF PKGS./CNTRS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| DOS PINOS H.G.<br>09-030-36<br>INBU3915746<br>SN:J1245636<br>QTY:275<br>DOOR / PIER<br>FCL/FCL<br>TW:2,300.000KGS<br>GW:19,173.000KGS<br>FSCU3755015<br>SN:J1245637<br>QTY:275<br>DOOR / PIER<br>FCL/FCL<br>TW:2,300.000KGS<br>GW:19,173.000KGS<br>IPXU3147192<br>SN:J1245638<br>QTY:275<br>DOOR / PIER<br>FCL/FCL | 8 | STANDARD 20' CONTAINER<br>SAID TO CONTAIN<br>2200 BAGS<br>WASHED EL SALVADOR GREEN COFFEE<br>HIGH GROWN 2006/2007 CROP<br>P/E # 0768/12768<br>C/O # 9/10/0718-0<br>CONTRACT US-CHIW-0<br>CTTO. P-1755 | 153,384.000KGS | |

*Copy Not Negotiable*
*"CLAUSES AND SPECIFIC CONDITIONS IN ORIGINAL BILL OF LADING"*

Service Coverage DOOR in SANTA ANA, EL SALVADOR  PIER in ANTWERP (AMBERES), BELGIUM
Continued on Appendix to BL Nr 6HA001847

SHIPPERS DECLARED VALUE $ (IF NOT DECLARED, LIABILITY LIMIT APPLIES AS PER CLAUSE 16.) :

**TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER :**

| | FREIGHT CHARGES | RATE | PREPAID | COLLECT | PAYABLE AT |
|---|---|---|---|---|---|
| The number of containers or packages shown in the "TOTAL Nº OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER" box which are said by the Shipper to hold or consolidate the Goods described in the "PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE" box, have been received by COMPAÑIA SUD AMERICANA DE VAPORES S.A. from the Shipper in apparent good order and condition except as otherwise indicated hereon - weight, measure, marks, numbers, quality, quantity, description, contents and value unknown- for Carriage from the Place of Receipt or the Port of Loading (whichever is applicable) to the Port of Discharge or the Place of Delivery (whichever is applicable) on the terms and conditions hereof INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, THE CARRIER'S APPLICABLE TARIFF AND THE TERMS AND CONDITIONS OF THE PRECARRIER AND ONCARRIER AS APPLICABLE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF.<br><br>IN WITNESS WHEREOF THREE (3) ORIGINAL BILLS OF LADING (unless otherwise stated above) HAVE BEEN SIGNED ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID. | AS PER AGREEMENT | | | | |

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

| Place Issued: | San Salvador, El Salvador |
|---|---|
| Date Issued : | 4/5/2007 |

(*) Applicable only when used as intermodal Bill of Lading (see clause 10 on the reverse hereof)    SHEET : 1 of 2

Appendix to Bill of Lading Number : 6HA001847    Issued at San Salvador, El Salvador    , Date 4/5/2007

```
TW:2,300.000KGS
GW:19,173.000KGS
FSCU3411832
SN:J1245639
QTY:275
DOOR  /  PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
AMFU3113494
SN:J1245640
QTY:275
DOOR  /  PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
AMFU3057580
SN:J1245641
QTY:275
DOOR  /  PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
IPXU3053112
SN:J1245642
QTY:275
DOOR  /  PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
IPXU3808060
SN:J1245643
QTY:275
DOOR  /  PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
```

*Copy Not Negotiable* — "CLAUSES AND SPECIFIC CONDITIONS IN ORIGINAL BILL OF LADING"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* END OF BILL OF LADING \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

SHEET : 2 of 2