

Compañía Sudamericana de Vapores (CSAV)

**Compañía Sud Americana de Vapores (CSAV)** is a Chilean shipping company that is currently the largest in Latin America.

**CSAV**, one of the oldest shipping companies in the world, was founded in 1872. The company's business initially consisted exclusively of coastal shipping services but these were rapidly extended along the whole west coast of South America to the Panama Canal before this was opened to regular traffic.

**CSAV** then extended the scope of its business to the United States, followed by Europe, the Far East and Japan, South-East Asia/Pacific Islands and the east coast of South America. The company today offers services for general and bulk cargo, fresh and frozen products and vehicles, using its own and chartered ships, and establishing permanent links between the Atlantic and Pacific coasts of South America and the rest of the world.

The growth in trade between the different regions of the world has been essential to the current and future development of all countries and other economic benefits. CSAV has therefore seized the opportunities generated by global sea trade, adapting its services to customer requirements and establishing new routes and services, managing to unite Latin America with the world's most important ports conveniently and efficiently.

**CSAV** operates in the five continents, offering line services for which it is able to provide permanent traffic to certain ports, fixed itineraries and ships designed for carrying large numbers of containers and a wide variety of conventional cargo. The company therefore has especially designed vessels for frozen cargo, vehicles, bulk cargo and forestry products. Intermodal services, which combine different means of transport, have been introduced by the company, as well as complementary services like port storage and services, etc. This door-to-door service, to any destination, is normally provided together with the CSAV subsidiaries: Sudamericana Agencias Aéreas y Marítimas S.A. SAAM, as a cargo shipping agency and COSAN, a container terminal in Santiago.

The company's philosophy is principally to attain a superior level of service quality for its customers, by offering timely and efficient measures for helping them improve their foreign trade operations by making available to them all its installations, technology and services, and ensuring them of reliable carriage of their products to and from the principal areas of the world.





Copyright © 2007, CSAV - Terms & Conditions of Use

Contact Us    Site Map



Search Result

| Country | Location | Vendor Type | Vendor Name | Contact Name | Function | Description |
|---|---|---|---|---|---|---|
| UNITED STATES-US | | | | | | |
| | New Orleans [Louisiana], USA-USNEW | | | | | |
| | | Depot | | | | |
| | | | NEW ORLEANS MARINE CONTRACTORS | Gibson, Scott | Others | |
| | | | NEW ORLEANS STEVEDORING CO. | Jobert, Butch | Others | |
| | | | CERES TERMINAL | Caugh, Beavor | Others | |
| | Chicago [Illinois], USA-USCHI | | | | | |
| | | Sub Agency | | | | |
| | | | CSAV Agency, LLC (Chicago) | | | |
| | | | | Jackson, Rita M. | Customer Service | Export Customer Service AVP (Central) |
| | | | | O'Leary, Margaret | Customer Service | Export Customer Service Manager |
| | | | | Roberts, Patrick W. | Customer Service | Export Customer Service Representative |
| | | | | Sekera, Stephen (Steve) M. | Sales | Sales Representative - Midwest US (IL/MO/MN/LA) |
| | Miami [Florida], USA-USMIA | | | | | |
| | | Sub Agency | | | | |
| | | | CSAV Agency, LLC (Miami) | | | |
| | | | | Campos, Alexander R. | Sales | Sales Development |
| | | | | Campos, Katia N. | Customer Service | Export Customer Service Representative |
| | | | | DiBenedetto, Nicholas (Nick) | Sales | Sales Manager |
| | | | | Fernandez, Clara | Operations | HazMat Coordinator |
| | | | | Leto, June | Sales | Sales Development Account Executive |
| | | | | Mella, Noemi | Customer Service | Import Customer Service - Freight Cashier |
| | | | | Munoz, Sergio | Sales | Vice President Sales, Southeast Region |
| | | | | Negron, Ruben V. | Sales | Sales Development Account Executive |
| | | | | Parrales, Carmen | Customer Service | Import Customer Service Representative |
| | | | | Perez, Flora | Sales | Sales Development Coordinator |
| | | | | Prati, Helenara | Sales | Sales Development Manager |
| | | | | Quiroz, Maida | Operations | Vessel Closing Coordinator |
| | | | | Ruiz, Miriam | Customer Service | Export Customer Service Supervisor |
| | | | | Sotomayor, Nelson A. | Operations | Regional Operations Manager (US East Coast) |
| | | | | Trelles, Roberto F. | Sales | Account Executive |
| | | Depot | | | | |
| | | | DADE TRAILER & CONTAINER REPAIR | | | |

| Location | Type | Company | Contact | Role | Title |
|---|---|---|---|---|---|
| | | SOUTHEASTERN TRAILER & REPAIR | Smith, Tina | Others | |
| East Saint Louis [Illinois], USA-USESL | | | Gasior, Karen | Others | |
| | Depot | | | | |
| | | AFFTON TRUCKING CO. | Caugh, Beavor | Others | |
| Baltimore [Maryland], USA-USBAL | | | | | |
| | Depot | | | | |
| | | UNIVERSAL MARITIME SERVICE | Herrick, Steve | Others | |
| | | ATLANTIC TERMINAL SERV. - ATS | Herrick, Steve | Others | |
| | | MULTIMARINE REFRIGERATION | Yanna, Candy | Others | |
| | | ITO TERMINAL OF BALTIMORE | Wilson, Martha | Others | |
| | | PICORP INC | Weiss, Lorna | Others | |
| Chicago Heights [Illinois], USA-USCGH | | | | | |
| | Depot | | | | |
| | | GLOBAL INTERMODAL SYSTEMS | Johnson, Bobby | Others | |
| | | | Wilson, Martha | Others | |
| Houston [Texas], USA-USHOU | | | | | |
| | Depot | | | | |
| | | CERES TERMINAL | Caugh, Beavor | Others | |
| | Sub Agency | | | | |
| | | CSAV Agency, LLC (Houston) | Orosche, Deborah | Customer Service | Import Customer Service Representative |
| | | | Guetschow, Jennifer | Customer Service | Import Customer Service Representative |
| | | | Martinez, Belinda | Customer Service | Import Customer Service Representative |
| | | | Osborne, Pat | Customer Service | Import Customer Service Representative |
| Detroit [Michigan], USA-USDET | | | | | |
| | Depot | | | | |
| | | CPG | Fee, Dave | Others | |
| | | | Ferrel, Tom | Others | |
| | | | Leopold, Don | Others | |
| | | | Morris, Terry L. | Others | |
| Columbus [Indiana], USA-USCLU | | | | | |
| | Depot | | | | |
| | | CPG | Fee, Dave | Others | |
| | | | Ferrel, Tom | Others | |
| | | | Leopold, Don | Others | |
| | | | Morris, Terry L. | Others | |
| Cleveland [Ohio], USA-USCLE | | | | | |
| | Depot | | | | |
| | | CPG | Fee, Dave | Others | |

| Location | Type | Company | Contact | Role | Description |
|---|---|---|---|---|---|
| | | | Ferrel, Tom | Others | |
| | | | Leopold, Don | Others | |
| | | | Morris, Terry L. | Others | |
| Norfolk [Nebraska], USA-USOFK | Depot | | | | |
| | | ITO CORPORATION OF VIRGINIA | | | |
| | | | Wilson, Martha | Others | |
| | | JAMES A. GIBSON | | | |
| | | | Rosner, Richard | Others | |
| | | COMMONWEALTH MARINE REPAIR | | | |
| | | | Hernck, Steve | Others | |
| | | UNIVERSAL SEALAND SERVICE | | | |
| | | | Hernck, Steve | Others | |
| Memphis [Tennessee], USA-USMEM | Depot | | | | |
| | | GLOBAL INTERMODAL SYSTEMS | | | |
| | | | Johnson, Bobby | Others | |
| | | | Wilson, Martha | Others | |
| | Depot | | | | |
| | | CPG | | | |
| | | | Fee, Dave | Others | |
| | | | Ferrel, Tom | Others | |
| | | | Leopold, Don | Others | |
| | | | Morris, Terry L. | Others | |
| | | NORTHWEST CONTAINER SERVICE | | | |
| | | | Lenzen, Martin | Others | |
| Geismar [Los Angeles], USA-USGSM | Depot | | | | |
| | | FAST LANE TRANSPORTATION | | | |
| | | | Smith, Tina | Others | |
| | | INTERNATIONAL TERMINAL SERVICES-ITS | | | |
| | | | Gaske, Gregory | Others | |
| | | ITS | | | |
| | | | Wilson, Martha | Others | |
| Boston [Massachusetts], USA-USBOS | Depot | | | | |
| | | CONLEY TERMINAL | | | |
| | | | Morris, Terry L. | Others | |
| Kirkwood [New York], USA-US011 | Depot | | | | |
| | | HOWLAND HOOK CNTR. TERMINAL | | | |
| | | | Perez, Alex | Others | |
| | | PORTWIDE CARGO SECURING | | | |
| | | | Weiss, Lorna | Others | |
| New Jersey [New Jersey], USA-USNWY | Agency | | | | |
| | | CSAV Agency, LLC (New Jersey) | | | |
| | | | Adams, Gregory | Documentation | Senior VP Business Operations |
| | | | Andre, Fernande | Customer Service | Import Customer Service - Port Coordinator (Norfolk-PMT Newport News) |
| | | | Angarita, Karyne | Customer Service | Demurrage Coordinator |

| Name | Department | Title |
|---|---|---|
| Bellina, George | Documentation | Export Documentation - Rating |
| Blanks, Deborah | Documentation | Export Documentation Supervisor - Southeast |
| Bohl, Carol | Operations | Operations Coordinator |
| Botelho, Joseph | Intermodal | Export Intermodal Coordinator (NY, baltimore, Norfolk) |
| Boyer, Melissa | Customer Service | Demurrage Manager |
| Cacao, Katherine F. | Documentation | Export Documentation - Data Entry |
| Cacao, Kristyn | Documentation | Export Documentation - Data Entry |
| Canelas, Jose R. | Documentation | Import Documentation Supervisor |
| Caruso-Cordero, Ana Maria | Documentation | Import Documentation - Arrival Notices |
| Castro, Maria P. | Documentation | Export Documentation Coordinator (Charleston /Savannah / New Orleans / Phila / JAX / Balt / Miami) |
| Cetadilla, Diana | Documentation | Export Documentation - Rating |
| Cella, Dolores | Intermodal | Export Intermodal Coordinator (CHI,KNC,STL,OKC,MSP,OMA,MKE) |
| Cepeda, Dorkas (Dee) | Customer Service | Import Customer Service - Customs Coordinator (SAV/CHS) |
| Cleary, Raymond (Ray) F. | Documentation | Export Documentation - Rating |
| Cordero, Liza | Documentation | Export Documentation Coordinator (Miami) |
| Cotter, Sheryl | Sales | Sales Support Supervisor |
| Court, Felipe | Customer Service | Export Customer Service Representative |
| D'Agnese, Donna | Customer Service | Import Customer Service - Port Coordinator (Miami/Port Everglades) |
| D'Souza, Hansel | Operations | Regional Operations Manager Gulf/West Coast |
| De La Cruz, Belinda | Documentation | Export Documentation Service Leader |
| Decker, Edward (Ed) | Intermodal | Export Intermodal Coordinator - MID-Atlantic (Baltimore/Norfolk) |
| Dillon, James (Jim) | Intermodal | VP Intermodal |
| Domingo, Lea S. | Documentation | Export Documentation - Data Entry |
| Edra Jr., Jun (Ceferino) R. | Intermodal | Intermodal Coordinator - (HOU/NEW/MEM/ELP/DEN/DFW) |
| Elder, JoAnn | Documentation | Export Documentation - Rating |
| Estrada, Linda | Intermodal | Intermodal Coordinator Exports (Miami) |
| Farid, Emil | Operations | Operations Auditor / Royalties |
| Flores, Paul | Intermodal | Intermodal Coordinator |
| Folcik, Marila (Maria) | Documentation | Export Documentation - Data Entry |
| Gamberale, Gary | Intermodal | Intermodal Coordinator Import/Export |
| Garcia, Maryflor | Intermodal | Intermodal Coordinator - Export (Charleston, Savannah & JAX) |
| Germino, Teresa | Customer Service | Import Customer Service Representative |
| Grimaldi, Anthony (Tony) | Documentation | Export Documentation Manager - Manifest Unit |
| Grimaldi, Anthony (Tony) | E-Commerce | Export Documentation Manager - Manifest Unit |
| Gupta, O.P. (Om Prakesh) | Operations | Coordinator: US East Coast Operations |
| Gwaldis, Debra | Customer Service | Import Customer Service - Port Coordinator (Charleston) |
| Hahn, Luisa | Documentation | Import Documentation |
| Herman, Chris (Krzysztof) | Documentation | Import Documentation Manager |
| Johnson, Sandra | Intermodal | Intermodal Coordinator- Import (CSAV/LIBRA) Baltimore-Jacksonville Norasia NY |
| Johnson, Tom | E-Commerce | Rates / Montemar Pricing |
| Kim, Alex T. | Intermodal | Export Intermodal Supervisor - Midwest & Gulf |
| Klein, Daniel M. | Sales | AVP, National Sales |
| La Rocca, Michael | Intermodal | Import Intermodal Supervisor |
| Landrove, Balia | Customer Service | Import Customer Service Supervisor - Port Coordinator |
| Lapidus, Patricia K. | Documentation | Import Documentation - General Order Coordinator |
| Lee, Neungkyu (NK) | E-Commerce | Rates / North America to South America |
| Luna, Katherine (Kathy) | Intermodal | Export Intermodal Coordinator (Miami/Port Everglades) |
| Martinelli, Kimberly A. | Sales | Sales Support Coordinator |
| Meiklejohn, Christopher | Intermodal | Intermodal Coordinator Imports (Midatlantic) |

| Name | Department | Title |
|---|---|---|
| Micallef, Noel | Intermodal | Import Intermodal Coordinator - (Charleston & Savannah) |
| Mitra, Amit | Operations | Coordinator US Gulf Coast Operations |
| Montenegro, Yesenia (Jessie) | Intermodal | Export Intermodal Coordinator - (Eastern Canada) |
| Muji, Stephanie | Customer Service | Export Customer Service Coordinator |
| Muller, Allen Ted | Operations | VP Operations |
| Muniz, Anita | Customer Service | Export Customer Service Representative |
| Napier, Sarah | Intermodal | Import Intermodal Coordinator - (Northeast US - Universal Sealand) |
| Nieves, Richard | Intermodal | Import Intermodal Coordinator (Howland Hook-NY) |
| Palmeri, Joseph N. | Sales | Sales Representative |
| Patel, Rekha | Documentation | Export Documentation - Data Entry |
| Perez, Jose | Documentation | Import Documentation Coordinator - 24 Hour Regulatory Team |
| Perez, Leticia | Documentation | Export Documentation Coordinator - Service Leader (Northeast) |
| Prieto, Wilder | Documentation | 24 Hr Regulation Team AMS Coordinator |
| Ruiz, Rebecca | Customer Service | Export Customer Service Representative |
| Rupasinghe, Shalikah (Shaidah) | Documentation | Export Documentation Coordinator (Gulf) |
| Sanders, Barbara | Customer Service | Import Intermodal Release Coordinator |
| Sellars, Tiffany | Customer Service | Import Customer Service Representative |
| Shell, Patricia | Customer Service | Import Customer Service - Port Coordinator (Peu/Mxm) |
| Shepard, Peter | Customer Service | Senior VP Client Services |
| Sidhwa, Ruby R. | Operations | Operations Supervisor |
| Sivaprakasam, Shashrekha | Customer Service | Export Customer Service Representative |
| Sotomayor, Felix | Intermodal | Export Intermodal Coordinator |
| Stevens, Victoria | Sales | AVP Sales |
| Tan, Jose Y. | Customer Service | Import Customer Service - Freight Cashier |
| Tenorio, Fernando | Documentation | Export Documentation - Assistant |
| Thomas, Sabrina | Customer Service | Import Customer Service Representative (SAV/CHS EIR) |
| Timoteo, Susana | Customer Service | Customer Service Supervisor |
| Ugaddan, Mary Anjou | Customer Service | Export Customer Service Representative |
| Urrutia, Fernando | Operations | Cost Analyst |
| Valle, Lupe | Operations | Wharfage |
| Yoon, Dong Il | Operations | Coordinator US West Coast Operations |
| Zeller, Pam | Customer Service | Import Customer Service - Customs Coordinator (NY/NJ/Balt/ORF) |

Portland [Oregon], USA-USPDX
 Depot
  NORTHWEST CONTAINER SERVICE
   Lenzen, Martin — Others

Charleston [South Carolina], USA-USCHS
 Depot
  WANDO TERMINAL
   Herrick, Steve — Customer Service

Brownstone [kansas], USA-US001
 Depot
  MO KAN
   Gibson, Sue — Others

Jacksonville [Illinois], USA-USIJX
 Depot
  GENERAL TRANSPORTATION SERV
   Perez, Alex — Others

| Location | | Type | Company | Contact | |
|---|---|---|---|---|---|
| Savannah [Georgia], USA-USSAV | | Depot | COASTAL RESOURCES, INC. | Elraas, Kaare | Others |
| Omaha [Nebraska], USA-USOMA | | Depot | RAIL INTERMODAL SPECIALISTS | Karahuta, Craig | Others |
| Dallas [North Carolina], USA-USDAC | | Depot | GULF COAST INTERMODAL | Wilson, Martha | Others |
| Minneapolis [Minnesota], USA-USMSP | | Depot | TRIMODAL | Mantei, Dave | Others |
| Seattle [Washington], USA-USSEA | | Depot | NORTHWEST CONTAINER SERVICE | Flanagan, Henry | Others |
| | | | | Lenzen, Martin | Others |
| | | | STEVEDORING SERVICES OF AMERICA | Gonzalez, Jose Luis | Others |
| Atlanta [Georgia], USA-USATL | | Depot | TRANSUS INTERMODAL | Herrick, Steve | Others |
| Denver [Colorado], USA-USDEN | | Depot | COMPLETE CONTAINER SERVICES | Plumean, Al | Others |
| Oakland [California], USA-USOAK | | Depot | GLOBAL INTERMODAL SYSTEMS | Wilson, Martha | Others |
| Charlotte [North Carolina], USA-USCLT | | Depot | FSI INTERMODAL SPECIALIST | Ferrel, Tom | Others |

Copyright © 2007, CSAV - Terms & Conditions of Use            Contact Us    Site Map