HMK/jb GA7923

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LOUIS DREYFUS CORPORATION

                Plaintiff,              07 CIV 6622(WHP)

  -against-                              **NOTICE TO ADMIT**

M/V CMA CGM CORTES, her engines,
boilers, tackle, etc., ALPHA SHIPMANAGEMENT
GMBH & CO., KG, ALPHA SHIP GMBH & CO
KG MS 'NEPTUN', COMPANIA SUD AMERICANA
DE VAPORES S.A. (C.S.A.V.)

                Defendants.

------------------------------------------------------------X

      PLEASE TAKE NOTICE that under Rule FRCP 36 you are required to admit or deny the following facts and documents attached within thirty (30) days hereof, failing which the facts alleged and documents attached will be deemed admitted.

    1.    Defendant COMPANIA SUD AMERICANA DE VAPORES SA (hereinafter CSAV) is a common carrier by land and by sea in the international carriage of goods.

    2.    Plaintiff LOUIS DREYFUS CORPORATION is an international trader of commodities.

    3.    In April of 2007 plaintiff LOUIS DREYFUS CORPORATION purchased a quantity of 2,200 bags of coffee from Cooperative Cuzachapa in El Salvador for shipment to Antwerp, Belgium per invoice attached hereto as Exhibit "A".

4. On or about April 5, 2007, the cargo of 2,200 bags packed in eight (8) containers, with 275 bags in each container, was delivered to defendant CSAV in Santa Ana, El Salvador for carriage to Antwerp, as described in B/L 6HA001847, Exhibit "B" hereto.

5. During transportation one container FSCU3411832 disappeared while in the custody and control of defendant CSAV and was never delivered at Antwerp by defendant CSAV, and the cargo of 275 bags of coffee was never located by CSAV.

6. The 275 missing bags of coffee had a cost of $44,653.13.

Dated:     August 23, 2007

Yours, etc.,

KINGSLEY, KINGSLEY & CALKINS

Attorneys for Plaintiff

BY: _____

HAROLD M. KINGSLEY
91 West Cherry Street
Hicksville, New York 11801
(516) 931-0064
hmk@kingsleyandkingsley.com

TO:   MAHONEY & KEANE, ESQS.
      Attorneys for Defendant
      COMPANIA SUD AMERICANA
      DE VAPORES S.A. (C.S.A.V.)
      111 Broadway
      New York, New York 10006



# COOPERATIVA CUZCACHAPA DE R.L.

CARRETERA AL COCO, COLONIA CUZCACHAPA, CANTON GALEANO
CHALCHUAPA, DEPARTAMENTO DE SANTA ANA, EL SALVADOR.
Teléfonos: (503) 2444-0206, 2444-0042,
2444-0052  FAX (503) 2444-0571

**FACTURA DE EXPORTACIÓN**
068A000X
**Nº 000076**
NIT. 0203-311088-001-9
N.R.C. 4874-4

Chalchuapa, _____

Café de El Salvador
*Tómelo... y sonría*

CONTRATO No. 210/ P-15755          FACTURA No. _____

Sr. LOUIS DREYFUS CORPORATION

20 WESTPORT ROAD

WILTON, CONNECTICUT, 06897-0810

A COOPERATIVA CUZCACHAPA DE R.L.   DEBEN:

FACTURA de DOS MIL DOSCIENTOS _____ Sacos de Café en

ORO LAVADO embarcados en el Puerto de SANTO TOMAS DE CASTILLA

por Vapor _____, con fecha _____

y con destino a ANTWERP _____, según conocimiento No. _____

| MARCAS | SACOS | Quintales Españoles | CALIDAD | Precio por QQ. FOB | TOTAL |
|---|---|---|---|---|---|
| DOS PINOS H.G. 09-030-36 | 2,200 | 3,300 | CAFE ORO LAVADO COS. 06/07 | $ 110.15 | $ 363,495.00 |

Por Cooperativa Cuzcachapa de R.L.
(Firma y Sello)

A

| SHIPPER (NAME AND FULL ADDRESS)<br>COOPERATIVA CUZCACHAPA DE R.L.<br>CARRETERA AL COCO, CANTON GALEANO,<br>CHALCHUAPA, SANTA ANA | | BOOKING NBR<br>6HA001725 | SERVICE<br>LEU3 | B/L NUMBER<br>6HA001847 |
|---|---|---|---|---|
| | | EXPORT REFERENCES | | |
| CONSIGNEE (NAME AND FULL ADDRESS)<br>TO THE ORDER OF<br>LOUIS DREYFUS COFFEE | NOT NEGOTIABLE<br>UNLESS "TO ORDER OF" | FORWARDING AGENT - REFERENCES (NAME AND FULL ADDRESS / F.M.C.) | | |
| NOTIFY (NAME AND FULL ADDRESS)<br>LOUIS DREYFUS COFFEE<br>20 WESTPORT ROAD WILTON<br>CT 06897-0810 | | POINT AND COUNTRY OF ORIGIN OF GOODS | | |
| | | DOMESTIC ROUTING / EXPORT INSTRUCTIONS / ONWARD INLAND ROUTING<br>SVSTA-GTSTC Truck<br>GTSTC-BEANR EPW-CMA CGM CORTES/07310/N | | |
| PRECARRIAGE BY (Mode) (*) | PLACE OF RECEIPT BY PRECARRIER (*)<br>SANTA ANA, EL SALVADOR | | | |
| PORT OF LOADING<br>Santo Tomas de Castilla, Guate | OCEAN VESSEL (Vessel/voyage/leg)<br>CMA CGM CORTES/07310/N | | | |
| PORT OF DISCHARGE<br>Antwerp (Amberes), Belgium | PLACE OF FINAL DELIVERY BY ONCARRIER (*)<br>ANTWERP | | | |

### PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS | N° OF PKGS./CNTRS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| DOS PINOS H.G.<br>09-030-36<br>INBU3915746<br>SN: J1245636<br>QTY: 275<br>DOOR / PIER<br>FCL/FCL<br>TW: 2,300.000KGS<br>GW: 19,173.000KGS<br>FSCU3755015<br>SN: J1245637<br>QTY: 275<br>DOOR / PIER<br>FCL/FCL<br>TW: 2,300.000KGS<br>GW: 19,173.000KGS<br>IPXU3147192<br>SN: J1245638<br>QTY: 275<br>DOOR / PIER<br>FCL/FCL | 8 | STANDARD 20' CONTAINER<br>SAID TO CONTAIN<br>2200 BAGS<br>WASHED EL SALVADOR GREEN COFFEE<br>HIGH GROWN 2006/2007 CROP<br>P/E # 0768/12768<br>C/O # 9/10/0718-O<br>CONTRACT US-CHIW-0155-0006<br>CTTO. E-17755 | 153,384.000KGS | |

"Copy Not Negotiable"
"CLAUSES AND SPECIFIC CONDITIONS IN ORIGINAL BILL OF LADING"

Service Coverage DOOR in SANTA ANA, EL SALVADOR PIER in ANTWERP (AMBERES), BELGIUM

Continued on Appendix to BL Nr 6HA001847

SHIPPERS DECLARED VALUE $ (IF NOT DECLARED, LIABILITY LIMIT APPLIES AS PER CLAUSE 16.):

### TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER:

| | FREIGHT CHARGES | RATE | PREPAID | COLLECT | PAYABLE AT |
|---|---|---|---|---|---|
| The number of containers or packages shown in the "TOTAL N° OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER" box which are said by the Shipper to hold or consolidate the Goods described in the "PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE" box, have been received by COMPAÑIA SUD AMERICANA DE VAPORES S.A. from the Shipper in apparent good order and condition except as otherwise indicated hereon - weight, measure, marks, numbers, quality, quantity, description, contents and value unknown - for Carriage from the Place of Receipt or the Port of Loading (whichever is applicable) to the Port of Discharge or the Place of Delivery (whichever is applicable) on the terms and conditions hereof INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, THE CARRIER'S APPLICABLE TARIFF AND THE TERMS AND CONDITIONS OF THE PRECARRIER AND ONCARRIER AS APPLICABLE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF.<br><br>IN WITNESS WHEREOF THREE (3) ORIGINAL BILLS OF LADING (unless otherwise stated above) HAVE BEEN SIGNED ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID. | AS PER AGREEMENT | | | | |

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

Place Issued: San Salvador, El Salvador
Date Issued: 4/5/2007

(*) Applicable only when used as Intermodal Bill of Lading (see clause 10 on the reverse hereof)   SHEET : 1 of 2

B/1

Appendix to Bill of Lading Number: 6HA001847   Issued at San Salvador, El Salvador   Date 4/5/2007

```
TW:2,300.000KGS
GW:19,173.000KGS
FSCU3411832
SN:J1245639
QTY:275
DOOR / PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
AMFU3113494
SN:J1245640
QTY:275
DOOR / PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
AMFU3057580
SN:J1245641
QTY:275
DOOR / PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
IPXU3053112
SN:J1245642
QTY:275
DOOR / PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
IPXU3606060
SN:J1245643
QTY:275
DOOR / PIER
FCL/FCL
TW:2,300.000KGS
GW:19,173.000KGS
```

"Copy Not Negotiable — CLAUSES AND SPECIFIC CONDITIONS IN ORIGINAL BILL OF LADING"

************************************* END OF BILL OF LADING *************************************

COMPAÑIA SUD AMERICANA DE VAPORES S.A.
as Carrier

SHEET : 2 of 2

## DECLARATION OF SERVICE BY U.S. MAIL

I hereby declare under the penalty of perjury as prescribed in 28 U.S.C. Sec. 1746, that a true and correct copy of the

## NOTICE TO ADMIT

was served on August 24, 2007, via U. S. First Class Mail by depositing same at an official depository of the U.S. Postal Service in a postage prepaid sealed envelope addressed to:

> MAHONEY & KEANE, ESQS.
> Attorneys for Defendants
> 111 Broadway, 10th Floor
> New York, New York 10006
> (212) 385-1422
> File No.: 43/3451/B/07/8

Executed at:   Hicksville, New York
August 24, 2007

_____
JO ANN BROWN