```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
LOUIS DREYFUS CORPORATION,              07 CV 6622 (WHP)

                    Plaintiff,          RESPONSE TO NOTICE
                                        TO ADMIT
        -against-

M/V CMA CGM CORTES, her engines,
boilers, tackle, etc., ALPHA
SHIPMANAGEMENT GMBH & CO., KG, ALPHA
SHIP GMBH & CO. KG MS "NEPTUN",
COMPANIA SUD AMERICANA DE VAPORES S.A.
(C.S.A.V.),

                    Defendants.
-------------------------------------X
```

Defendant COMPANIA SUD AMERICANA DE VAPORES S.A. (C.S.A.V.) ("CSAV"), responds, *seriatim*, to plaintiff's Notice to admit dated August 23, 2007, upon information and belief, as follows:

1-6.    CSAV objects to plaintiff's Notice to Admit as premature. Fed. R. Civ. P. 36(a) ("Without leave of court or written stipulation, requests for admission may not be served before the time specified in Rule 26(d)."). CSAV denies the allegations. CSAV reserves the right to supplement or amend any or all of the foregoing up to and including the time of trial.

Dated:   New York, New York
         August 30, 2007

                                Yours, *et cetera*,

                                MAHONEY & KEANE, LLP
                                Attorneys for Defendant
                                COMPANIA SUD AMERICANA DE VAPORES SA

                          By:   _____
                                Edward A. Keane (EK 1398)
                                111 Broadway, Tenth Floor
                                New York, New York 10006
                                (212) 385-1422

TO: KINGSLEY KINGSLEY & CALKINS
Attorneys for Plaintiff
91 West Cherry Street
Hicksville, New York  11801
(516) 931-0064

STATE OF NEW YORK    :
                     : SS.:
COUNTY OF NEW YORK   :

        MARIE T. CUSH being sworn says: I am not a party to the action, am over 18 years of age and reside at 311 Travers Place, Lyndhurst, N.J.

        On August 30, 2007, I served a true copy of the annexed RESPONSE TO NOTICE ADMIT

TO:  KINGSLEY KINGSLEY & CALKINS
      Attorneys for Plaintiff
      91 West Cherry Street
      Hicksville, New York  11801
      (516) 931-0064

on this date by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service.

                                                MARIE T. CUSH

Sworn to before me this
30th day of August, 2007

_____
    Notary Public

GITA S. WOLFSON
NOTARY PUBLIC
State of New York No. 02WO5077040
Qualified in New York County
Expires 11/58/2011