## TABLE OF CONTENTS

Preliminary Statement..................................................................................Page 1

Argument.....................................................................................................Page 2

POINT I

GREAT DEFERENCE SHOULD BE ACCORDED THIS U.S. BASED
PLAINTIFF'S CHOICE OF FORUM IN NEW YORK.........................................Page 2

POINT II

GUATEMALA IS NOT AN ADEQUATE ALTERNATE FORUM
FOR THE ADJUDICATION OF PLAINTIFF'S CLAIMS.....................................Page 5

POINT III

THE PRIVATE AND PUBLIC INTEREST FACTORS IN THIS CASE
DO NOT OVERCOME THE STRONG DEFERENCE GIVEN TO
PLAINTIFF'S CHOICE OF FORUM IN NEW YORK.........................................Page 7

    A.    Private Interest Factors....................................................................Page 7

    B.    Public Interest Factors....................................................................Page 11

CONCLUSION................................................................................................Page 15