## TABLE OF AUTHORITIES

## <u>CASES</u>

<u>Allied Chemical v. Companhia de Navegacao</u>  775 F.2d 476, 482,
1986 AMC 826, 831-2 (2d Cir. 1985) *cert. denied*, 475 U.S. 1099 (1986)..................Page 14

<u>Asoma Corp. v. M/V Seadaniel</u>, 971 F. Supp. 140, 143 (SDNY 1997)...................Page 14

<u>Calavo Growers of Calif. v. Generali Belgium</u>, 632 F.2d 963, 968 (2d Cir. 1980).Page 6

<u>DiRenzo v. Philip Services Corp.</u>, 232 F.3d 49, 57 (2d Cir. 2000),
 *petition for rehearing granted*, 294 F.3d 21, 27 (2d Cir. 2002).....................................Page 2

<u>Gross v. British Broadcasting Corp.</u>, 386 F.3d 224, 230 (2d Cir. 2004)....................Page 1, 5, 7

<u>Gulf Oil Corp. v. Gilbert</u>, 330 U.S. 501, 508-9 (1947)....................................................Page 1, 7, 11

<u>Iragorri v. United Technologies Corp.</u>, 243 F.3d 678 (2d Cir. 2001),
*rehearing en banc*, 274 F.3d 65 (2d Cir. 2001)................................................................Page 1, 3, 4

<u>Kreta Shipping, Limitation Proceeding, M/V Amphion</u>, 1998 AMC 1621,
*report and recommendation affirmed*, 1998 AMC 1630, 1638 (SDNY 1998)..................Page 5

<u>Laumann Mfg. Corp. v. Castings USA Inc.</u>, 913 F. Supp. 712, 720 (EDNY 1996)....Page 9

<u>Peregrine Myanmar Ltd. v. Segal</u>, 89 F.3d 41, 46 (2d Cir. 1996).................................Page 6

<u>Piper Aircraft v. Reyno</u>, 454 U.S. 235, 241 (1981)...........................................................Page 1

<u>R. Manganlal & Co. v. M.G. Chem. Co.</u>, 942 F.2d 164, 167 (2d Cir. 1991)..................Page 10

<u>Silva Run Worldwide Ltd. v. Gaming Lottery Corp.</u>, 2003 WL 23009989
(SDNY 2003)......................................................................................................................Page 10

<u>Stemcor U.S.A., Inc. v. M/V Archimedes</u>, 2004 U.S. Dist. LEXIS 25236, *8, *9,
2004 AMC 1651, 1654 (SDNY 2004)................................................................................Page 13

<u>Wiwa v. Royal Dutch Petroleum</u>, 226 F.3d 88 (2d Cir. 2000).........................................Page 5

## **STATUTES**

28 U.S. C. §1406(a)......................................................................................................Page 2

28 U.S.C. §1404(a)....................................................................................................... Page 9

Rule 30(b)(6), F.R.Civ.P...............................................................................................Page 10

Rule 30(b)(1), F.R.Civ.P...............................................................................................Page 10

Rule 44.1, F.R.Civ.P.....................................................................................................Page 14

Rule 903(2), F.R.E........................................................................................................Page 11

U.S. Carriage of Goods by Sea Act (COGSA), 46 U.S.C. §30701,
historical and statutory notes, formerly §1300 et seq....................................................Page 13

COGSA §1303(8)..........................................................................................................Page 14

## **MISCELLANEOUS**

The English Carriage of Goods by Sea Act 1971..........................................................Page 13

The Hague Rules....................................................................................................Page 13, 14, 15

The Hague Visby Rules.................................................................................................Page 13