HMK/jb GA7923

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUIS DREYFUS CORPORATION

        Plaintiff,

-against-

M/V CMA CGM CORTES, her engines,
boilers, tackle, etc., ALPHA SHIPMANAGEMENT
GMBH & CO., KG, ALPHA SHIP GMBH & CO
KG MS 'NEPTUN', COMPANIA SUD AMERICANA
DE VAPORES S.A. (C.S.A.V.)

        Defendants.
------------------------------------------------------------X

07 Civ. 6622 (WHP)
ECF CASE

STIPULATION AND
CONSENT ORDER OF
DISMISSAL, RULE 41(a)(2),
F.R.CIV.P.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys of record for the parties herein, that settlement of all claims and cross-claims has been agreed, and that the above entitled action be and hereby is dismissed with prejudice and without costs to any party.

Dated: New York, New York
      August 25, 2008

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiff

By: _____
Steven P. Calkins
91 W. Cherry Street
Hicksville, NY 11801
(516) 931-0064

MAHONEY & KEANE, LLP
Attorneys for Defendant CSAV

By: _____ Edward K[eane]
~~Garth S. Wolfson~~
11 Hanover Square, 10th Fl
New York, NY 10005
(212) 385-1422

FREEHILL, HOGAN & MAHAR, LLP

Attorneys for Defendants Alpha

By: _____
Michael E. Unger
80 Pine Street
New York, NY 10005
(212) 425-1900

SO ORDERED:        August   , 2008

_____
U.S.D.J.